# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# Judge John L. Kane

Civil Action No. 09-cv-938-JLK (consolidated with 10-cv-675-JLK)

**JAMES P. TENNILLE**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**THE WESTERN UNION COMPANY**, a Delaware corporation,

    Defendant.

_____

Civil Action No. 10-cv-675-JLK

**ROBERT P. SMET**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**THE WESTERN UNION COMPANY**, a Delaware corporation,

    Defendant.

**This filing relates to BOTH CASES**

_____

## STIPULATION TO EXTEND TIME
_____

    Come Now the Plaintiffs James P. Tennille ("Tennille") and Robert P. Smet ("Smet"), individually and behalf of all others similarly situated, by and through their undersigned counsel, and the Defendant The Western Union Company ("Western Union"), by their undersigned counsel, and hereby stipulate and agree that Plaintiffs have until March 11, 2011, to join additional parties or amend the pleadings. The parties further stipulate and agree that May 2, 2011 shall be the deadline for providing answers to the initial sets of interrogatories and

- 2 -

responses to the initial sets of requests for production of documents, and likewise that the rolling production shall begin on May 2, 2011.

Respectfully submitted,

| | |
|---|---|
| _s/ Richard J. Burke__ | _s/ Jason A. Yurasek___ |
| Richard J. Burke<br>Freed & Weiss LLC<br>1010 Market Street, Suite 660<br>St. Louis, MO 63101<br>(314) 880-7000 | Jason A. Yurasek<br>Perkins Coie LLP<br>4 Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>(415) 344-7000 |
| Jeffrey A. Leon<br>Grant Y. Lee<br>Rebecca E. Duggan<br>Freed & Weiss LLC<br>111 West Washington Street, Suite 1331<br>Chicago, IL 60602<br>(312) 220-0000 | **Attorney for Defendant**<br>**The Western Union Company** |

Seth A. Katz
Daniel E. McKenzie
Burg Simpson Eldredge Hersh Jardine PC
40 Inverness Drive East
Denver, CO 80112

Jim S. Calton, Jr.
Calton Legal Services, SP
322 South Eufaula Avenue
Eufaula, AL 36027

Jonathan Shub
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
(215) 564-2300

**Attorney for Plaintiffs**
**James P. Tennille and Robert P. Smet**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2011, the Joint Stipulation was filed using the CM/ECF System which will send notification of such filing to the following participants:

| | |
|---|---|
| Richard J. Burke | richard@freedweiss.com, paul@freedweiss.com, debs@freedweiss.com |
| Jeffrey A. Leon | jeff@freedweiss.com, paul@freedweiss.com, sherrie@freedweiss.com |
| Grant Y. Lee | grant@freedweiss.com |
| Rebecca E. Duggan | rebecca@freedweiss.com |
| Seth A. Katz | seth.katz@burgsimpson.com |
| Daniel E. McKenzie | dmckenzie@burgsimpson.com |
| Jim Calton | caltonlegal@gmail.com |
| Jason A. Yurasek | JYurasek@perkinscoie.com |

_____/s/ Richard J. Burke_____