**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 09-cv-00938-JLK-KMT | FTR - Courtroom C-201 |
| **Date:** July 1, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| JAMES P. TENNILLE, On behalf of himself and all others similarly situated, | Richard Joseph Burke (by phone) <br> Paul Weiss (by phone) <br> Seth Alan Katz |
| Plaintiff, | |
| v. | |
| THE WESTERN UNION COMPANY, a Delaware Corporation, and | Jason A. Yurasek <br> Jess A. Dance |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**DISCOVERY HEARING**
**Court in session: 10:35 a.m.**
Court calls case.  Appearances of counsel.

Discovery Hearing is called regarding deposition Topic Number 10 for the July 7, 2011 deposition, scheduling a hearing to take place prior to July 18, 2011 to resolve the remainder of the discovery issues, and Defendants' Opposition to Plaintiff's Motion to Compel Discovery and Defendants' Cross-Motion to Stay Merits Discovery [Doc. No. 67, filed July 1, 2011].

It is **ORDERED**:   Plaintiff will be allowed inquiry on Deposition Topic number 10 at the deposition of Western Union Company on July 7, 2011.  To the extent the Defendant Western Union Company asserts Plaintiff is making inquiry of the wrong defendant party, the Defendants must produce a witness to address that issue, including why the documents at issue state they were produced by the Western Union Company.

It is **ORDERED**:   Discovery Hearing to resolve remaining discovery issues is set for July 15, 2011 at 1:00 p.m.

It is **ORDERED**:   Defendants' Opposition to Plaintiff's Motion to Compel Discovery and Defendants' Cross-Motion to Stay Merits Discovery [67] is **GRANTED IN PART**.  Merits discovery, except for the deposition scheduled for July 7, 2011, is stayed from July 1, 2011 until the hearing to be held and set with Senior District Judge John L. Kane on arbitration issues.  All other discovery will be directed at arbitration issues as will be more specifically determined by the Court at the July 15, 2011 hearing.

**Court in Recess: 11:32 a.m.**
Hearing concluded.
Total In-Court Time    00:57

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.