## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## Judge John L. Kane

Civil Action No. 09-cv-00938-JLK consolidated with No. 10-cv-00765-JLK

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON AND YAMILET RODRIGUEZ**, individually and on behalf of all others similarly situated,

       Plaintiffs,

v.

**THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.,**

       Defendants.

_____

### PROPOSED ORDER RE: PLAINTIFFS' REQUEST TO EXTEND BRIEFING SCHEDULE ON DEFENDANT WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDING PENDING ARBITRATION
_____

THE COURT having reviewed Plaintiffs' Request to Extend Briefing Schedule on Defendant Western Union Financial Services, Inc.'s Motion to Compel Arbitration and Stay Proceedings Pending Arbitration and the file in this matter and being fully advised in the premises does hereby:

ORDER that Plaintiffs are granted until July 29, 2011, to file their Response in Opposition to Western Union Financial Services, Inc.'s Motion to Compel Arbitration and Stay Proceedings Pending Arbitration.

DONE this _____ day of July, 2011.

                                          BY THE COURT:

                                          _____
                                          Honorable John L. Kane
                                          United States District Court

Dated: July 7, 2011                                   Respectfully submitted,


                                                      By:  s/ Richard J. Burke
                                                           One of Their Attorneys

                                                      Richard J. Burke
                                                      **FREED & WEISS LLC**
                                                      1010 Market Street, Suite 660
                                                      St. Louis, Missouri 63101
                                                      (314) 880-7000

                                                      Jeffrey A. Leon
                                                      Grant Y. Lee
                                                      Rebecca Duggan
                                                      **FREED & WEISS LLC**
                                                      111 West Washington Street, Suite 1331
                                                      Chicago, Illinois  60602
                                                      (312) 220-0000

                                                      INTERIM LEAD CLASS COUNSEL

                                                      Seth A. Katz
                                                      Daniel McKenzie
                                                      **BURG SIMPSON ELDREDGE HERSH &
                                                      JARDINE, P.C**.
                                                      40 Inverness Drive East
                                                      Englewood, Colorado 80112
                                                      (303) 792-5595

                                                      INTERIM LIAISON CLASS COUNSEL

                                                      Jim S. Calton, Jr.
                                                      **CALTON & CALTON**
                                                      Post Office Box 895
                                                      Eufaula, Alabama  36072-0895

                                                      Christopher A. Seeger
                                                      **SEEGER WEISS LLP**
                                                      One William Street
                                                      New York, New York 10004
                                                      (212) 584-0700

Jonathan Shub
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
(215) 564-2300

MEMBERS OF PLAINTIFFS' EXECUTIVE
COMMITTEE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2011, I electronically filed the foregoing with the Clerk of Court using the **CM/ECF system** which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Richard J. Burke | richard@freedweiss.com, paul@freedweiss.com, debs@freedweiss.com |
| Jeffrey A. Leon | jeff@freedweiss.com, paul@freedweiss.com, sherrie@freedweiss.com |
| Grant Y. Lee | grant@freedweiss.com |
| Rebecca E. Duggan | rebecca@freedweiss.com |
| Seth A. Katz | seth.katz@burgsimpson.com |
| Daniel E. McKenzie | dmckenzie@burgsimpson.com |
| Jim Calton | caltonlegal@gmail.com |
| Jason A. Yurasek | JYurasek@perkinscoie.com |

*s/ Richard J. Burke*
Richard J. Burke
Freed & Weiss LLC
1010 Market Street, Suite 660
St. Louis, Missouri 63101
(314) 880-7000