**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 09-cv-00938-JLK consolidated with No. 10-cv-00765-JLK

JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DeLEON and YAMILET
RODRIGUEZ, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES,
INC.,

        Defendants.

---

**PLAINTIFFS' MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL IN
CONJUNCTION WITH THEIR MOTION TO COMPEL DISCOVERY
PURSUANT TO FED. R. CIV. P. 30, 33, 34, AND 37**

---

Plaintiffs James P. Tennille, Robert P. Smet, Adelaida DeLeon, and Yamilet Rodriguez,

by and through their counsel, respectfully submit this Motion to File Confidential Exhibits Under

Seal in conjunction with their Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30, 33,

34, and 37, and as grounds therefore state as follows:

1.      Contemporaneously with the filing of the instant Motion, Plaintiffs have

submitted a Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30, 33, 34, and 37.  Filed in

conjunction with the Motion are referenced exhibits.  Some of the documents filed as exhibits

have been designated as "Confidential" pursuant to the Stipulation and Protective Order entered

by this Court on March 11, 2011.  In compliance with this Court's Protective Order on March 11,

2011 and D.C.Colo.LCivR 7.2, Plaintiffs respectfully request that the subsequently identified

exhibit to Plaintiffs' Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30, 33, 34, and 37

be filed under seal by this Court.

2.      The proposed exhibit to be filed under seal is Exhibit I – Exhibit 21

WUTENNILLE-WULGL-0000014- WUTENNILLE-WULGL-0000016.

3.      The proposed exhibit sought to be filed under seal has been designated as

confidential by the word "Confidential" being imprinted in the bottom left-hand corner as

explained in the Stipulation and Protective Order entered on March 11, 2011.  Plaintiffs respect

Defendants' designation of this document as confidential.  Should this relief not be granted then

potentially sensitive materials regarding Defendants' non-public information reflecting or

relating to corporate structure would be made public.  Defendants have legitimate reasons to

maintain the confidentiality of certain documents, as outlined in the Stipulation and Protective

Order, and the public interest will not be served by this document being exposed to the public for

review.

4.      A less restrictive alternative to the relief sought, such as redaction, is not

practicable and would not adequately protect the interests in question because the entire

document has been deemed "Confidential," and any course of action short of sealing the

document, would reveal confidential material to the public.

WHEREFORE, Plaintiffs James P. Tennille, Robert P. Smet, Adelaida DeLeon, and

Yamilet Rodriguez, respectfully requests this Court enter an order allowing Plaintiffs to file

Exhibit I to Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30, 33, 34, and 37, listed

above in paragraph 2, under seal pursuant to the Stipulation and Protective Order entered in this

matter on March 11, 2011, and D.Colo.LCivR 7.2, and for all other and further relief as this

Court deems just and appropriate.

Dated:  July 8, 2011

Respectfully submitted,

By:   s/ Richard J. Burke
        One of Their Attorneys

Richard J. Burke
**FREED & WEISS LLC**
1010 Market Street, Suite 660
St. Louis, Missouri 63101
(314) 880-7000

Jeffrey A. Leon
Grant Y. Lee
Rebecca Duggan
**FREED & WEISS LLC**
111 West Washington Street, Suite 1331
Chicago, Illinois  60602
(312) 220-0000

INTERIM LEAD CLASS COUNSEL

Seth A. Katz
Daniel McKenzie
**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C**.
40 Inverness Drive East
Englewood, Colorado 80112
(303) 792-5595

INTERIM LIAISON CLASS COUNSEL

Jim S. Calton, Jr.
**CALTON & CALTON**
Post Office Box 895
Eufaula, Alabama  36072-0895

Christopher A. Seeger
**SEEGER WEISS LLP**
One William Street
New York, New York 10004
(212) 584-0700

Jonathan Shub
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102

(215) 564-2300

Members of Plaintiffs' Executive
Committee

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following

email addresses:

| | |
|---|---|
| Richard J. Burke | richard@freedweiss.com, paul@freedweiss.com, debs@freedweiss.com |
| Jeffrey A. Leon | jeff@freedweiss.com, paul@freedweiss.com, sherrie@freedweiss.com |
| Grant Y. Lee | grant@freedweiss.com |
| Rebecca E. Duggan | rebecca@freedweiss.com |
| Seth A. Katz | seth.katz@burgsimpson.com |
| Daniel E. McKenzie | dmckenzie@burgsimpson.com |
| Jim Calton | caltonlegal@gmail.com |
| Jason A. Yurasek | JYurasek@perkinscoie.com |

s/ Richard J. Burke
Richard J. Burke
**FREED & WEISS LLC**
1010 Market Street, Suite 660
St. Louis, Missouri 63101
(314) 880-7000