**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

# MEMORANDUM

TO: File 09-cv-00938-JLK-KMT

FROM: Wendi Copello

SUBJECT:   Sealing of Exhibit I to Plaintiffs' Motion to File Confidential Exhibits Under Seal in Conjunction with Their Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30, 33, 34, and 37 (Document [81]); and Sealing of Exhibits to Plaintiffs' Motion to File Confidential Reply in Support of Their Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30, 33, 34, and 37 and Exhibits in Conjunction with Under Seal (Document [82]).

DATE: July 11, 2011

  Pursuant to the instruction of Judge Kane's Chambers, Exhibit I to the Plaintiffs' Motion to File Confidential Exhibits Under Seal in Conjunction with Their Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30, 33, 34, and 37 , Document [81], filed July 8, 2011, was sealed; and Exhibits 1 - 4 to the Plaintiffs' Motion to File Confidential Reply in Support of Their Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30, 33, 34, and 37 and Exhibits in Conjunction with Under Seal, Document [82], filed July 8, 2011, was sealed.