**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 09-cv-00938-JLK consolidated with No. 10-cv-00765-JLK

JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DeLEON and YAMILET RODRIGUEZ, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.,

        Defendants.

---

**PLAINTIFFS' MOTION TO FILE CONFIDENTIAL MOTION TO COMPEL DISCOVERY PURSUANT TO FED. R. CIV. P. 30 AND 37 AND EXHIBITS IN CONJUNCTION WITH UNDER SEAL**

---

        Plaintiffs James P. Tennille, Robert P. Smet, Adelaida DeLeon, and Yamilet Rodriguez, by and through their counsel, respectfully submit this Motion to File Confidential Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30 and 37 and Exhibits Under Seal, and as grounds therefore state as follows:

        1.     Contemporaneously with the filing of the instant Motion, Plaintiffs have submitted their Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30 and 37 ("Motion to Compel"). Filed in conjunction with the Motion to Compel are referenced exhibits. Some of the documents filed as exhibits have been designated as "Confidential" pursuant to the Stipulation and Protective Order entered by this Court on March 11, 2011. In compliance with this Court's Protective Order on March 11, 2011 and D.C.Colo.LCivR 7.2, Plaintiffs respectfully request that the Motion to Compel itself and the subsequently identified exhibits to the Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30 and 37 be filed under seal by this Court.

2. The proposed Motion to Compel sought to be filed under seal cites to documents and deposition testimony that has been designated as confidential. Plaintiffs respect Defendants' designation of these materials as confidential. Should this relief not be granted then potentially sensitive materials regarding Defendants' non-public information reflecting or relating to IT systems and internal policies and procedures would be made public. Defendants have legitimate reasons to maintain the confidentiality of certain documents and testimony, as outlined in the Stipulation and Protective Order, and the public interest will not be served by this document being exposed to the public for review.

3. The proposed exhibit to be filed under seal is Exhibit A to the Motion to Compel – Rough Transcript of Deposition of Chris Gunias dated 7/7/11.

4. The proposed exhibit sought to be filed under seal has been designated as confidential by the word "Confidential" being imprinted in the bottom center of each transcript page. Plaintiffs respect Defendants' designation of this testimony as confidential. Should this relief not be granted then potentially sensitive materials regarding Defendants' non-public information reflecting or relating to IT systems and internal policies and procedures would be made public. Defendants have legitimate reasons to maintain the confidentiality of certain information, as outlined in the Stipulation and Protective Order, and the public interest will not be served by this document being exposed to the public for review.

5. A less restrictive alternative to the relief sought, such as redaction, is not practicable and would not adequately protect the interests in question because the entire document has been deemed "Confidential," and any course of action short of sealing the document, would reveal confidential material to the public.

6.      The proposed exhibit to be filed under seal is Exhibit C to the Motion to Compel – WUTENNILLE-WULGL-0000473- WUTENNILLE-WULGL-0000496.

7.      The proposed exhibit sought to be filed under seal has been designated as confidential by the word "Confidential" being imprinted in the bottom left-hand corner as explained in the Stipulation and Protective Order entered on March 11, 2011.  Plaintiffs respect Defendants' designation of this document as confidential.  Should this relief not be granted then potentially sensitive materials regarding Defendants' non-public information reflecting or relating to internal policies and procedures would be made public.  Defendants have legitimate reasons to maintain the confidentiality of certain documents, as outlined in the Stipulation and Protective Order, and the public interest will not be served by this document being exposed to the public for review.

8.      A less restrictive alternative to the relief sought, such as redaction, is not practicable and would not adequately protect the interests in question because the entire document has been deemed "Confidential," and any course of action short of sealing the document, would reveal confidential material to the public.

9.      The proposed exhibit to be filed under seal is Exhibit D to the Motion to Compel – WUTENNILLE-WULGL-0000504- WUTENNILLE-WULGL-0000543.

8.      The proposed exhibit sought to be filed under seal has been designated as confidential by the word "Confidential" being imprinted in the bottom left-hand corner as explained in the Stipulation and Protective Order entered on March 11, 2011.  Plaintiffs respect Defendants' designation of this document as confidential.  Should this relief not be granted then potentially sensitive materials regarding Defendants' non-public information reflecting or relating to internal policies and procedures would be made public.  Defendants have legitimate

reasons to maintain the confidentiality of certain documents, as outlined in the Stipulation and Protective Order, and the public interest will not be served by this document being exposed to the public for review.

9.  A less restrictive alternative to the relief sought, such as redaction, is not practicable and would not adequately protect the interests in question because the entire document has been deemed "Confidential," and any course of action short of sealing the document, would reveal confidential material to the public.

WHEREFORE, Plaintiffs James P. Tennille, Robert P. Smet, Adelaida DeLeon, and Yamilet Rodriguez, respectfully requests this Court enter an order allowing Plaintiffs to file their Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 30 and 37 and Exhibits A, C, and D, under seal pursuant to the Stipulation and Protective Order entered in this matter on March 11, 2011, and D.Colo.LCivR 7.2, and for all other and further relief as this Court deems just and appropriate.

Dated: July 11, 2011

Respectfully submitted,

By:  s/ Richard J. Burke
     One of Their Attorneys

Richard J. Burke
**FREED & WEISS LLC**
1010 Market Street, Suite 660
St. Louis, Missouri 63101
(314) 880-7000

Jeffrey A. Leon
Grant Y. Lee
Rebecca Duggan
**FREED & WEISS LLC**
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000

INTERIM LEAD CLASS COUNSEL

Seth A. Katz
Daniel McKenzie
**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C**.
40 Inverness Drive East
Englewood, Colorado 80112
(303) 792-5595

INTERIM LIAISON CLASS COUNSEL

Jim S. Calton, Jr.
**CALTON & CALTON**
Post Office Box 895
Eufaula, Alabama  36072-0895

Christopher A. Seeger
**SEEGER WEISS LLP**
One William Street
New York, New York 10004
(212) 584-0700

Jonathan Shub
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102
(215) 564-2300

MEMBERS OF PLAINTIFFS' EXECUTIVE COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Christopher Adam Seeger     cseeger@seegerweiss.com, dmora@seegerweiss.com

Daniel Ellis McKenzie     dmckenzie@burgsimpson.com, sstewart@burgsimpson.com

Eric D. Freed     eric@freedweiss.com, paul@freedweiss.com, vincent@freedweiss.com

    Jason A. Yurasek    JYurasek@perkinscoie.com, docketsflit@perkinscoie.com, Jjaeger@perkinscoie.com, jreiten@perkinscoie.com, LAlcorn@perkinscoie.com, LManheim@perkinscoie.com, Salfonso@perkinscoie.com

    Jeffrey A. Leon    jeff@freedweiss.com, sherrie@freedweiss.com

    Jonathan N. Shub    jshub@seegerweiss.com, kwickline@seegerweiss.com, lgriffith@seegerweiss.com

    Leonard H. MacPhee    lmacphee@perkinscoie.com, docketden@perkinscoie.com, lmacphee-efile@perkinscoie.com

    Richard Joseph Burke    richard@freedweiss.com, debs@freedweiss.com, paul@freedweiss.com

    Seth Alan Katz    skatz@burgsimpson.com, bgeorge@burgsimpson.com

                                                  s/ Richard J. Burke
                                                  Richard J. Burke
                                                  **FREED & WEISS LLC**
                                                  1010 Market Street, Suite 660
                                                  St. Louis, Missouri 63101
                                                  (314) 880-7000