**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 09-cv-00938-JLK-KMT | FTR - Courtroom C-201 |
| **Date:** July 15, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| JAMES P. TENNILLE, On behalf of himself and all others similarly situated, | Richard Joseph Burke<br>Daniel Ellis McKenzie |
|     Plaintiff, | |
| v. | |
| THE WESTERN UNION COMPANY, a Delaware Corporation, and<br>WESTERN UNION FINANCIAL SERVICES, INC., | Jason A. Yurasek<br>Jess A. Dance |
|     Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**DISCOVERY HEARING**
**Court in session: 1:43 p.m.**
Court calls case. Appearances of counsel.

Discovery Hearing is called regarding Plaintiffs' Motion to Compel Discovery Pursuant to Fed.R.Civ.P. 30, 33, 34 and 37 [Doc. No. 79, filed July 8, 2011].

It is **ORDERED**:  Plaintiffs' Motion to File Confidential Exhibits Under Seal in Conjunction with Their Motion to Compel Discovery Pursuant to Fed.R.Civ.P.30, 33, 34 and 37 [Doc. No. 81, filed July 8, 2011] and Plaintiffs' Motion to File Confidential Reply in Support of Their Motion to Compel Discovery Pursuant to Fed.R.Civ.P. 30, 33, 34, and 37 and Exhibits in Conjunction with Under Seal [Doc. No. 82, filed July 8, 2011] are **GRANTED**.

It is **ORDERED**:  Plaintiffs' Request to Extend Briefing Schedule on Defendant Western Union Financial Services, Inc.'s Motion to Compel Arbitration and Stay Proceeding Pending Arbitration [Doc. No. 75, filed July 7, 2011] is **GRANTED**. Plaintiff's will respond to the Motion to Compel Arbitration [Doc. No. 56, filed June 7, 2011] on or

|  |  |
|---|---|
|  | before July 29, 2011.  Defendant's reply brief shall be due on or before August 12, 2011. |
| It is **ORDERED**: | As to discovery items not specifically outlined in Plaintiff's Motion to Compel Discovery Pursuant to Fed.R.Civ.P. 30, 33, 34 and 37 [79], defense counsel shall submit supplemental responses on or before the close of business on July 19, 2011. |
| It is **ORDERED**: | All depositions of the named plaintiff's shall be held in St. Louis, Missouri. |
| It is **ORDERED**: | Plaintiff's Motion to Compel Discovery Pursuant to Fed.R.Civ.P. 30, 33, 34 and 37 [79] is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** with regards to Interrogatory No. 17, Request for Documents No. 14 to the extent the documents have been purported to be in claim files which have been produced, Request for Documents No. 21 as to Interrogatory responses 5 and 12 but **DENIED** as to Interrogatory response No. 20, Request for Documents No. 22, and 30(b)(6) topics No. 5, 6, and 7. |
|  | The motion is **DENIED** with regards to Interrogatory No. 20, Requests for Documents No. 12, 13, and 25, and 30(b)(6) topics No. 2, 8, 9, 12, 13, 14, 15, 16, and 18. |
|  | Request for Documents No. 26 is **MOOT**.  The issue is considered resolved due to further actions of the parties. |

**Court in Recess: 3:41 p.m.**
Hearing concluded.
Total In-Court Time     01:58

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.