**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Judge John L. Kane**

Civil Action No. 09-cv-00938-JLK consolidated with No. 10-cv-00765-JLK

**JAMES P. TENNILLE**, **ROBERT SMET**, **ADELAIDA DELEON** AND **YAMILET RODRIGUEZ**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**THE WESTERN UNION COMPANY** and **WESTERN UNION FINANCIAL SERVICES, INC.**,

    Defendants.

---

**PLAINTIFFS' MOTION TO FILE**
**RESPONSE BRIEF AND ACCOMPANYING EXHIBITS UNDER SEAL**

---

Plaintiffs James P. Tennille, Robert P. Smet, Adelaida DeLeon, and Yamilet Rodriguez, by and through their counsel, respectfully submit this Motion to File Response Brief and Accompanying Exhibits Under Seal, and as grounds therefore state as follows:

1.    Contemporaneously with the filing of this Motion, Plaintiffs are filing a response to Defendant Western Union Financial Services, Inc.'s ("WUFSI") Motion to Compel Arbitration and Stay Proceedings Pending Arbitration (Dkt. No. 56).

2.    Defendants have designated almost all of the documents contained in the exhibits attached to Plaintiffs' response brief as "Confidential" pursuant to the Stipulation and Protective Order entered by this Court on March 11, 2011. Moreover, Plaintiffs have quoted those "Confidential" documents and deposition testimony extensively throughout their response brief. In compliance with this Court's Protective Order on March 11, 2011

and D.C.Colo.LcivR 7.2, Plaintiffs therefore respectfully request that the Court file their brief, and the exhibits attached to it, under seal.

3. Plaintiffs take no position at this time with respect to Defendants' designation of the documents attached to and quoted throughout their brief as confidential. Should the Court not grant the requested relief, then potentially sensitive materials regarding Defendants' non-public information reflecting or relating to corporate structure and internal policies and procedures would be made public. Defendants contend they have legitimate reasons to maintain the confidentiality of certain documents and testimony, as outlined in the Stipulation and Protective Order, and the public interest will not be served by these documents being exposed to the public for review.

4. A less restrictive alternative to the relief sought, such as redaction, is not practicable and would not adequately protect the interests in question because the entirety of most of the exhibits attached to and quoted throughout Plaintiffs' brief have been deemed "Confidential," and any course of action short of sealing the documents would reveal confidential material to the public.

WHEREFORE, Plaintiffs James P. Tennille, Robert P. Smet, Adelaida DeLeon, and Yamilet Rodriguez respectfully request that this Court enter an order allowing Plaintiffs to file their response to Defendant Western Union Financial Services, Inc.'s Motion to Compel Arbitration and Stay Proceedings Pending Arbitration and its accompanying exhibits under seal pursuant to the Stipulation and Protective Order entered in this matter on March 11, 2011, and D.Colo.LcivR 7.2, and for all other and further relief as this Court deems just and appropriate.

DATED:  August 19, 2011                         Respectfully submitted,

                                              By:   s/Richard J. Burke
One of Their Attorneys

Richard J. Burke
**FREED & WEISS LLC**
1010 Market Street, Suite 660
St. Louis, MO 63101
(314) 880-7000

Jeffrey A. Leon
Grant Y. Lee
Rebecca E. Duggan
**FREED & WEISS LLC**
111 West Washington Street, Suite 1331
Chicago, IL 60602
(312) 220-0000

INTERIM LEAD CLASS COUNSEL

| | |
|---|---|
| Jim S. Calton, Jr.<br>**CALTON LEGAL SERVICES, SP**<br>322 South Eufaula Avenue<br>Eufaula, AL 36027 | Seth A. Katz<br>Daniel E. McKenzie<br>**BURG SIMPSON**<br>**ELDREDGE HERSH & JARDINE, PC**<br>40 Inverness Drive East<br>Englewood, CO 80112<br>(303) 792-5595 |
| Christopher A. Seeger<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, New York 10004<br>(212) 584-0700 | INTERIM LIAISON CLASS COUNSEL |
| Jonathan Shub<br>**SEEGER WEISS LLP**<br>1515 Market Street, Suite 1380<br>Philadelphia, Pennsylvania 19102<br>(215) 564-2300 | |
| MEMBERS OF<br>PLAINTIFFS' EXECUTIVE COMMITTEE | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Christopher Adam Seeger cseeger@seegerweiss.com, dmora@seegerweiss.com

Daniel Ellis McKenzie dmckenzie@burgsimpson.com, sstewart@burgsimpson.com

Eric D. Freed eric@freedweiss.com, paul@freedweiss.com, vincent@freedweiss.com

Jason A. Yurasek JYurasek@perkinscoie.com, GAlexis@perkinscoie.com docketsflit@perkinscoie.com, Jjaeger@perkinscoie.com, jreiten@perkinscoie.com, LAlcorn@perkinscoie.com, LManheim@perkinscoie.com , Salfonso@perkinscoie.com

Jeffrey A. Leon jeff@freedweiss.com, sherrie@freedweiss.com

Jonathan N. Shub jshub@seegerweiss.com, kwickline@seegerweiss.com, lgriffith@seegerweiss.com

Leonard H. MacPhee lmacphee@perkinscoie.com, docketden@perkinscoie.com, lmacphee-efile@perkinscoie.com

Richard Joseph Burke richard@freedweiss.com, debs@freedweiss.com, paul@freedweiss.com

Seth Alan Katz skatz@burgsimpson.com, bgeorge@burgsimpson.com

                                                   s/ Richard J. Burke
                                                   Richard J. Burke
                                                   **FREED & WEISS LLC**
                                                   111 West Washington Street, Suite 1331
                                                   Chicago, IL 60602
                                                   (312) 220-0000