IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-938-JLK** (consolidated with **10-cv-765-JLK**)

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON** and **YAMILET RODRIGUEZ,** individually and on behalf of all others similarly situated**,**

    Plaintiffs,

v.

**THE WESTERN UNION COMPANY, a Delaware Corporation,** and
**WESTERN UNION FINANCIAL SERVICES, INC.,**

    Defendants.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

    Plaintiffs' Motion to File Response Brief and Accompanying Exhibits Under Seal (Doc. 111) is STRICKEN and shall be REFILED in compliance with D.C.COLO.LCiv.R 7.2. While a protective order or confidentiality agreement governs parties' conduct vis á vis each other in discovery, it emphatically does not, by itself, constitute adequate grounds for filing otherwise public documents in public proceedings under seal.  The operative Protective Order in these cases governs and expressly provides that any motion requesting leave to file documents under seal "shall comply with the requirements of D.C.COLO.LCiv.R 7.2 and demonstrate that the Confidential Information at issue is entitled to protection under the standards articulated in *Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 598-602 (1978)[additional citations omitted]." Protective Order (Doc. 44) ¶ 11.  The Motion before the Court does not provide the necessary detail or analysis under this standard.  Moreover, and to the extent the documents at issue contain personal financial or identification information properly restricted from public access, the Court is rarely inclined toward wholesale restriction and is likely to order restricted information in documents containing otherwise public information redacted.

    The Clerk is DIRECTED to designate Document 111 "STRICKEN" but shall not otherwise unseal the attachments.

---

Dated:  August 23, 2011