# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Tracy Weir

Date:  November 21, 2011

Civil Action No.:  09-cv-00938-JLK-KMT (consolidated with 10-cv-00765-JLK-KMT)

*Parties:*

JAMES P. TENNILLE, et al.,

    Plaintiffs,

v.

THE WESTERN UNION COMPANY, et al.,

    Defendants.

*Counsel:*

Richard J. Burke  
Seth A. Katz  
Jonathan N. Shub

Jason A. Yurasek

## COURTROOM MINUTES

**Oral Argument**

**10:04 a.m    Court in session.**

Court calls case.  Counsel present.

Argument to be heard regarding Doc. No. 56.

Preliminary remarks by the Court.

10:07 a.m.    Argument by Mr. Yurasek.

**10:44 a.m.    Court in recess.**

**10:55 a.m.    Court in session.**

10:56 a.m.    Rebuttal argument by Mr. Burke.

*09-cv-00938-JLK-KMT (consolidated with 10-cv-00765-JLK-KMT)*
*Oral Argument*
*November 21, 2011*

| | |
|---|---|
| 11:19 a.m. | Further argument by Mr. Yurasek. |
| 11:27 a.m. | Comments and rulings by the Court. |

**ORDERED:** **Defendant Western Union Financial Services, Inc.'s Motion To Compel Arbitration And Stay Proceedings Pending Arbitration (Filed 6/7/11; Doc. No. 56) is DENIED.**

**ORDERED:** **The existing STAY of non-arbitration related to discovery is REOPENED.**

**ORDERED:** **The parties shall meet and confer and submit an amended scheduling order setting a schedule for the completion of class action and merit based discovery, dispositive motion deadline, and expert witnesses, as specified.**

**11:42 a.m.   Court in recess.**
Hearing concluded.
Total time in court: 1 hour 32 minutes.