**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 24, 2012**

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| THE WESTERN UNION COMPANY, a Delaware corporation; WESTERN UNION FINANCIAL SERVICES, INC., <br><br> Defendants-Appellants, <br><br> v. <br><br> JAMES P. TENNILLE, individually and on behalf of all others similarly situated; ADELAIDA DELEON, individually and on behalf of all others similarly situated; YAMILET RODRIGUEZ, individually and on behalf of all others similarly situated; ROBERT P. SMET, individually and on behalf of all others similarly situated, <br><br> Plaintiffs-Appellees. | No. 11-1531 <br> (D.C. Nos. 1:09-CV-00938-JLK-KMT, <br> 1:10-CV-00765-JLK-KMT) <br> (D. Colo.) |

**ORDER**

Before **HOLMES** and **MATHESON**, Circuit Judges.

---

Defendants-Appellants The Western Union Company (TWUC) and Western Union Financial Services, Inc. (WUFSI) move for a stay of proceedings in the United States District Court for the District of Colorado in case no. 09-cv-00938-JLK (consolidated with case no. 10-cv-765-JLK), pending the resolution on the

merits of their appeal under 9 U.S.C. § 16(a) concerning the district court's denial of WUFSI's motion to compel arbitration. The district court has entered an order that TWUC's appeal is not limited to an appeal of WUSFI's motion to compel arbitration and is therefore not frivolous. WUSFI's appeal is not frivolous. As such, the motion for a stay is GRANTED. *See McCauley v. Halliburton Energy Servs., Inc.*, 413 F.3d 1158, 1160 (10th Cir. 2005) (holding "that upon the filing of a non-frivolous § 16(a) appeal, the district court is divested of jurisdiction until the appeal is resolved on the merits").

Entered for the Court,

*[signature]*

ELISABETH A. SHUMAKER, Clerk