# *N. Albert Bacharach, Jr., P.A.*

115 Northeast 6th Avenue
Gainesville, Florida 32601-3416
Phone: (352) 378-9859
      (800) 226-9859
Fax: (352) 338-1858
E-Mail: N.A.Bacharach@att.net

May 15, 2013

The Honorable John L. Kane
Senior United States District Judge
℅ Jeffrey P. Colwell Esq.
Clerk of the Court
U. S. District Court for the District of Colorado
Alfred A. Arraj U.S. Courthouse
Room A105
901 19th Street
Denver, CO 80294

      Re: Case 1:09-cv-00938-JLK-KMT
          Tennille V. the Western Union Co.

Dear Judge Kane,

      Per the instruction in section 14 of the Notice I received in the mail regarding this matter, I am writing to Object to the proposed attorneys' fees set forth in section 13 of the Notice.

      Class Counsel has stated in the Notice that they will seek an award of attorneys' fees of (up to) 30% percent of the gross Settlement Fund. Based upon the Notice, the gross Settlement Fund is estimated to be $180 million ($180,000,000.00). Thus, a 30% fee request is $54 million ($54,000,000.00). The issue with the requested fees is that this case is, by definition, a mega-fund settlement; i.e., a settlement exceeding $100 million ($100,000,000.00)

      Class Counsel's requested fee fails to take into account the economies of scale inherent in mega-fund cases wherein the size of the fund has more to do with the sheer number of damaged class members then any other factor.

      Based upon the size of the Settlement Fund, this Court should award total fees and costs to class counsel in an amount not more than 15.1% percent of the Settlement Fund ($27.18 million) which would leave $152,820,000.00 for distribution to the Class. Any greater fee would be unfair, unreasonable and excessive.

      At this time, pursuant to section 18 of the Notice, I request permission to speak at the

Fairness Hearing scheduled for 10:00 a.m. on June 14, 2013.

Sincerely yours,

N. Albert Bacharach, Jr.

NABjr/jkw

cc:
Richard J. Burke
Jamie E. Weiss
Complex Litigation Group LLC
513 Central Ave., Suite 300
Highland Park, IL 60035

Jason A. Yurasek
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111

Thomas M. Barba
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036