# LAW OFFICES
# LOMBARDI AND LOMBARDI
## A PROFESSIONAL CORPORATION
1862 OAK TREE ROAD
P.O. BOX 2065
EDISON, NEW JERSEY 08818-2065

(732) 906-1500

Facsimile (732) 906-7625

LOMBARDIANDLOMBARDI.COM



Michael Francis Lombardi*
  Member of NJ and NY Bar
Stephen Francis Lombardi*
  Member of NJ, PA and DC Bar
Scott A. Telson
  Member of NJ Bar
Paul R. Garelick*
  Member of NJ Bar
James F. O'Grady, Jr.*
  (1997 - 2012)
Thomas W. Barlow
  Member of NJ Bar

*Certified by the Supreme Court
 of New Jersey as a Civil Trial Attorney

Joseph A. Lombardi
  Member of NJ Bar
Donald M. Stanzione
  Member of NJ Bar
Michael R. Lombardi
  Member of NJ Bar
Nicole M. Lombardi
  Member of NJ Bar

MONMOUTH COUNTY OFFICE
402 WEST MAIN STREET
FREEHOLD, NJ 07728

OCEAN COUNTY OFFICE
721 BRICK BLVD.
BRICK, NJ 08723

ESSEX COUNTY OFFICE
180 FERRY STREET
FIRST FLOOR
NEWARK, NJ 07105

**PLEASE RESPOND TO EDISON**

File No:

12-23318JAL

May 13, 2013

**Via Certified Mail - RRR - 7001 0360 0001 5724 3470**
Clerk's Office
United States District Court
District of Colorado
Alfred A. Arraj U.S. Courthouse
Room A105
901 19th Street
Denver, Colorado 80294

**Via Certified Mail - RRR - 7001 0360 0001 5724 3487**
Richard J. Burke
Jamie E. Weiss
Complex Litigation Group LLC
513 Central Avenue
Suite 300
Highland Park, Illinois 60035

**Via Certified Mail - RRR - 7001 0360 0001 5724 3494**
Jason A. Yurasek
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, California 94111

**Via Certified Mail - RRR - 7001 0360 0001 5724 3500**
Thomas M. Barba
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036

RE: Case Name: *Tennille v. The Western Union Co.*
Claimant: Steven Severini; Luanne Severini
Claimant's Address: 1515 New Market Ave.
South Plainfield, New Jersey 07080
**Claimant's Telephone #: (732) 354-8782**

Dear Sir/Madam:

This office has been retained by claimant, Steven Severini, for the sole purpose of submitting an objection to the proposed settlement in the matter of *Tennille v. The Western Union Co.* Mr. Severini hereby objects to the proposed settlement for the following reasons:

1. In 2006, Mr. Severini purchased a Harley Davidson motorcycle. The motorcycle was financed through Harley Davidson Financial. The total amount borrowed was $12,694.28.
2. After securing the financing through Harley Davidson Financing, Mr. Severini began making payments through Western Union Co. to Harley Davidson Financial.
3. Over the course of several months, Mr. Severini attempted several money transfers to Harley Davidson Financial all under the belief that Harley Davidson Financial was receiving the money transferred by Western Union Co.
4. After several months elapsed, Mr. Severini received notice from his creditor, Harley Davidson Financial, indicating that it never received any payments from Western Union Co.
5. Upon learning that the money was never transferred by Western Union Co. to Harley Davidson Financial, Mr. Severini Contacted Western Union Co. to inquire as to why the money was never transferred.
6. Mr. Severini was told by Western Union Co. that due to some "glitch" in their money transfer software, the money was never received by Harley Davidson Financial.
7. In the meantime, Mr. Severini's Harely Davidson motorcycle was repossessed. His credit was severely blemished. Furthermore, he was sued by Harley Davidson Financial seeking payment in full of the loan amount.

Based on the foregoing, Mr. Severini objects to the proposed settlement as it does not fully compensate him for the damages suffered by Western Union's failure to transfer the funds to Harley Davidson Financial. Mr. Severini continually receives letters from Harley Davidson Financial indicating he still owes them $10,766.88 even though the motorcycle was repossessed. Therefore, this should be taken into consideration when determining the fairness of the settlement for this particular plaintiff.

Mr. Severini is in possession of documents which relate to his objection to the proposed settlement which will be forwarded to all parties of interest upon request. Those documents include the following:

1. Correspondence from Harely Davidson Financial.
2. Correspondence from Western Union Co.
3. Summons and Complaint filed in New Jersey Superior Court by Harley Davidson Financial against Mr. Severini
4. Photographs of motorcycle
5. Receipts from Western Union Co.

Page 3
----------

Thank you for your time and attention to this matter.

Very truly yours,

Joseph A. Lombardi

JAL/irs
CC:   Steven Severini

     Luanne Severini