Print

Subject: WESTERN UNION LITIGATION - - 2 - - LETTER
From: John Gerhold (johnnyg1232001@yahoo.com)
To: johnnyg1232001@yahoo.com; johnnyg1232001@yahoo.com; johnnyg1232001@yahoo.com; johnnyg1232001@yahoo.com;
Date: Wednesday, May 15, 2013 11:49 AM

# A LETTER TO THE COURT, LEAD CLASS COUNSEL AND DEFENSE COUNSEL ; Case No. 09-cv-00938-JLK , Tennille V. Western Union Co. , a class action ! ! !

- - -

from : JOHN R. GERHOLD
503 PREAKNESS AVENUE
PATERSON, NEW JERSEY 07502

*same as Totowa, New Jersey 07502

tel: 973-790-0291
e-mail : johnnyg1232001@yahoo.com

http://us-mg6.mail.yahoo.com/neo/launch?.rand=181qao3k4t9eg                    5/15/2013

Signature : *[signed] John R. Gerhol__*

- - -

# OBJECTION TO SETTLEMENT

- - -

# THE SCOPE OF THE ACTION SHOULD BE BROADENED FOR CAUSE ! ! !

- - -

# GENTLEMEN,

The reasons I object to the settlement are more that the scope of the action should be broadened for cause;

*Handling money as Western Union does is a matter of the public dealing with "the Firm" (Western Union) in " Utmost Good Faith" and when that faith is breached, we turn to the courts ! ! !*

*When a breach of that faith occures, an extreme breach, a clear statement must be made to "the Firm", that such practices " ARE NOT GOOD BUSINESS ! ! ! "   I submit that any and all actions "the Firm" is involved in abroad, that originated with a money transfer in the United States fall under the juristriction of the courts in the United States;   At times, we must ask the courts for restitution and to punish "the Firm" with punitive damages, to "pierce the Corporate Vail" and hold both "the Firm" and principles of "the Firm" accountable ! ! !   Based on the concept of "Responsibility", if "the Firm" can not or will not say who is responsible, then "the Firm" had no one*

*responsible at all ! ! !*

   *\*\*\* Yes, the claims made that undelivered funds should be returned to the senders without question, but there is more that needs to be addressed by the courts ! ! !*

   *\*\*\* A breach of contract is not a error or a misunderstanding on the part of the consumer; It is a act of "utmost bad faith" on the part of "the Firm" and warrants more then just a return of funds; a return of funds plus punitive damages with legal fees on top of that would be more appropriate ! ! ! At times the courts must also consider "piercing the corporate vail" and holding principals of "the firm" accountable for criminal acts commited*

*through "the firm" as criminals themselves and I do ask you to consider that option for cause ! ! !*

*\*\*\* As a consumer, I only used "the Firm" to sent funds to one woman on several seperate occasions; On the transaction sighted in the referenced Class Action, the woman went to pick up the funds transfer and "the Firm" refused to give her the funds I wired her through "the Firm" and "the Firm" also failed to return the funds to me as the sender. I see this as an act of hostility and agression towards the woman, based on "Embarassing both "the Firm" and a criminal element within "the Firm" on a prior transaction; We caught " the Firm" dirty on a prior*

*transaction, "the Firm's" staff in Moscow, near the Airport had short changed the woman on the transfer I sent her, leaving her with insufficient funds to travel and be with me for a holiday. Fowarding her my copies of "the Firm's" paperwork on the transaction, she went back to "the Firm's" office with a Police Officer and "the Firm's" personel said " Oh, it was an honest mistake" and turned over the additional funds to her; Things would have turned out better if she had pressed criminal charges at the time, like I wanted her too ! ! ! After all , I would not have to talk about the criminal act of Theft by Deception , address what happened to the woman , or speak badly*

*about "the Firm" if "the Firm" had not acted badly and acting as if "the Firm" was above the Law ! ! !  \*\*\*Well this is the United States and the Courts of the United States where "the Firm" and criminals within "the Firm" can be held accountable within our legal system ! ! !*

   *\*\*\*What happened bettween the two formentioned transactions that did cause "the Firm's" personel to get so angry with her to refuse her the wired funds and poetically slap me in the face at the same time?  The criminal element caught her in the airport before she boarded her flight to be with me, she was robbed, beaten and lefted for dead on the airport floor along with a few*

*words about "bringing the police in" that she failed to understand; The Police saw what they did to her and went above and beyond, brought her mug shots in the Hospital, caught, arrested and convicted her assailents for cause. The Police also caught them with quantities of white powder, narcotics, quite the little crime family, maybe one that moves money through assosiation with "the Firm" and maybe, just maybe, getting a few "leads" from the criminal element at "the Firm" the picking up a little extra income with a string of airport robberies; Now if some of "the Firm's" personal had ties to that little crime family, it would explain why "the Firm's" personel DID NOT WANT TO*

*give her the funds I wired, they wanted to "break her dreams" and again stop her from finally being able to take that holiday after she got out of the hospital ! ! !*

- - - *** *incluetion by reference of pot. witness, summary of evidence and identity of documents to be submitted .* -

- - - You can put a price on what went to the state, state hospitals, theft and what was lost in dollars, of which went through "the Firm" but what is the price on what was done to a very , very nice school teacher ?  ***Incorporated by reference, with the attack on World Trade Center the State put a value on life, injuries , as well as emotional damage to those effected;  The State

also did an essessment of what penalties should be applied through the courts for wrongdoing , with the recent bombings at the Boston Marathon ! ! ! Again, the objection to the settlement is that the scope of the action should be broadened to include punitive damages, that legal fees should be assessed against "the Firm" and that "the Firm", Officers of "the Firm" and employees of "the Firm" be held accountable for acts malace and wrongdoing ! ! !

    THANK YOU FOR YOUR CONSIDERATION IT THE MATTERS BEFORE YOU;

Sincerely ,     John R. Gerhold

*[signature: John R. Gerhold]*