Western Union Financial Services, Inc.
Post Office Box 6037
Englewood, CO 80155

463617564125

000 0019923 00000000 002 006 01681 000: 0 0

STEVEN BLACKWELL
1295 BRITTANY DR APT F
FLORENCE, SC 29501-0279

RE: WESTERN UNION FINANCIAL SVCS – MONEY TRANSFER

A recent review of our records indicates a Western Union money transfer, in the original transaction amount of $50.00, sent by you on 06/12/2007, was never received. The original transaction amount may be subject to a reduction of fees and charges as provided in the contract with Western Union, or applicable by law.

Because your money transfer was never received you may be a Class Member in a Class Action Settlement pending in the United States District Court for the District of Colorado. Enclosed you will find a Notice of that Settlement. You may also go to www.moneytransfersettlement.com for more information.

If you wish to claim these funds currently held by Western Union, plus interest:

1. Complete the bottom half of this letter

    - Sign Name on the signature line, print name and date
    - Provide address where refund check should be mailed
    - Provide your present telephone number

2. Provide proof of ownership

    - Provide a **photocopy** of a valid government issued picture ID (such as Driver's License, Passport, or State Issued ID) showing name and signature of individual signing claim
    - Provide proof of address, printed on this letter, if different from current address

3. Return this completed letter with information listed above along with **photocopy of picture ID with signature** to the following address:

    Western Union
    PO Box 6037
    Englewood, CO 80155

**If no response is received in writing to the above address by 05/28/2013**, the law requires us to remit this property to the State's Treasurer's Office as unclaimed property.

---

Action to be taken (PLEASE CHECK ONE)

[✓] I hereby wish to claim my rightful ownership of these funds as noted above and affirm that the above mentioned money transfer was never received.

[ ] I do not wish to claim these funds as noted above and relinquish all claims to the property.

L1821 v.07 05.13.2013    13 105 202 476



Signature: _Steven Blackwell_   Date: _5/28/13_

Name (printed): _Steven Blackwell_

Street Address: _1295 Brittany Dr_

City: _Florence_   State: _S.C._   Zip: _29501_

Telephone: _347-866-7695_   E-mail Address: _steLaBlac@vzw.Blackberry.net_

State: NY
Due Date: 05/28/2013

If you have any questions regarding this letter, we may be contacted either by calling **1-877-406-1750** or emailing **correspondence.desk@westernunion.com**, please make reference to 2013 Due Diligence Letter.

*Contact information will solely be used for correspondence regarding this due diligence letter. If you suspect that you may be a victim of fraud, please go to westernunion.com/fraud for more information.

You may also obtain information regarding the Class Action Settlement by calling 1-877-316-3151 or visiting www.moneytransfersettlement.com.

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

Signature: _Steven Blackwell_    Date: _5/28/13_

Name (printed): _Steven Blackwell_

Street Address: _1295 Brittany Dr_

City: _Florence_    State: _S.C._    Zip: _29501_

Telephone: _347-866-7695_    E-mail Address: _steLABlac@vzw.Blackberry.net_

State: NY
Due Date: 05/28/2013

If you have any questions regarding this letter, we may be contacted either by calling **1-877-406-1750** or emailing **correspondence.desk@westernunion.com**, please make reference to 2013 Due Diligence Letter.

*Contact information will solely be used for correspondence regarding this due diligence letter. If you suspect that you may be a victim of fraud, please go to westernunion.com/fraud for more information.

You may also obtain information regarding the Class Action Settlement by calling 1-877-316-3151 or visiting www.moneytransfersettlement.com.

SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.

L1822 v.07 05.13.2013

Steven Blackwell
1295 Brittany Dr.
Apt # F
Florence, S.C. 29501

(347) 866-7695

To Western Union Financial Services Inc

Due to the lack of knowledge about the money transfer on 6/12/07 in the amount of 50.00 I would like my refund. It seems very deceptive that Western Union would hold and bank roll customer's non received transactions. The company is even more sinister and diabolical in sending out notices on and after the response date. My notice was received on the 5/28/13 the exact date I had to respond. However I had spoken with Elizabeth Employee # 1153 settlemen aministrator on 5/28/13 that very same evening.

This situation presented to me is deeply troublesome in which Western Union chooses to operate in such a manner. Until or before I received this letter I've been a loyal and frequent customer of the company. I am terminating services at this time with Western Union because of their conduct. It seems to be common pratices of businesses these days. I'm a Disabled Veteran and I abide honestly and lawfully. Finally due to the circumstances and behavior of Western Union. At this time I'm requesting a transaction refund plus interest. It would be the company's do dilligence after acting and operating without transparency. Thank You

Steven Blackwell   5/28/13

Steven Blackwell
1295 Brittany Dr
Apt # F
Florence, S.C. 29501

(347) 866-7695

There are no prior contacts on behalf of Western Union about this claim and the date of letter notification to claimant should be noted by The United States District Court of Colorado in conjunction of The Class Action Law Suit. It is not my fault that any prior letter was sent to the wrong address, they have my current address on file. I have a pre-paid card Visa card with current address through Western Union.

Thank You
Steven Blackwell



