UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON AND YAMILET RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.,<br><br>Defendants. | Civil Action No. 09-cv-00938-JLK<br>(consolidated with No. 10-cv-00765-JLK) |

## DECLARATION OF NICKI ORR

Nicki Orr hereby declares the following to the best of his information, knowledge, and belief:

1.  I am a Director of Accounting of The Western Union Company. My duties include oversight for all Corporate Accounting functions.

2.  I respectfully submit this declaration in compliance with the Court's Order given orally at the June 21, 2013 telephonic hearing in the above-captioned matter.

3.  As directed by the Court, assuming that the date of Final Approval is June 24, 2013, The Western Union Company's and Western Union Financial Services, Inc.'s (together, "Western Union's") best estimate of the amount to be deposited into the Class Settlement Fund is approximately $135 million.

4.  The current estimate is based upon the data that was gathered by my office to provide Western Union's previous estimate of the Class Settlement Fund, submitted to the Court

on May 28, 2013. Attached as Exhibit A is a table reflecting the data provided by those inquiries.

5. Western Union cannot calculate the exact amount to be deposited into the Class Settlement Fund because the data that was used to determine the estimated amount has not been updated since May 2013.

6. The data from May 2013 that Western Union used to provide the current estimate does not include the following data: (a) the deduction of the money transfer funds of Class members who requested and received refunds since the May 2013 data was pulled, in response to the Supplemental Notice and the Second Supplemental Notice, as approved by the Court on April 11, 2013 and May 15, 2013, respectively; (b) the deduction of administrative fees that have come due after the May 2013 data was pulled; and (c) the deduction of the money transfer funds that have become abandoned or unclaimed property since the May 2013 data was pulled.

7. Upon final approval, Western Union will request an update of the data necessary to calculate the amount to be deposited into the Class Settlement Fund.

8. Once the updated data has been pulled, Western Union will validate and sort the data to calculate the exact amount to be deposited into the Class Settlement Fund. Western Union anticipates it will calculate that exact amount by the Settlement Effective Date.

I declare under penalty of perjury that the foregoing is true and correct.

                                                                           Nicki Orr

Date: 6/24/13