| Status 3 | Include |
|---|---|
| MT Status | (Multiple Items) |

| Sum of Amount | Column Labels | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Row Labels | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Grand Total |
| AK | 62,267.77 | 78,590.22 | 96,924.74 | 94,852.90 | 94,052.94 | 109,122.79 | 79,740.82 | 425.00 | 615,977.18 |
| AL | | | 143,174.79 | 300,556.79 | 302,762.95 | 393,562.47 | 364,472.45 | 3,889.60 | 1,508,419.05 |
| AR | 72,776.27 | 110,418.03 | 145,220.23 | 145,312.11 | 117,509.30 | 161,880.77 | 135,445.55 | 1,306.99 | 889,869.25 |
| AZ | | | | | 332,533.32 | 666,830.89 | 344,526.41 | 4,699.00 | 1,348,589.62 |
| CA | | | | | 1,980,032.55 | 3,773,620.42 | 2,555,025.26 | 32,325.42 | 8,341,003.65 |
| CO | 313,726.89 | 672,687.20 | 791,649.74 | 846,081.11 | 742,642.50 | 774,865.89 | 606,385.16 | 9,385.64 | 4,757,424.13 |
| CT | 198,673.19 | 352,182.10 | 375,553.50 | 367,213.06 | 337,573.78 | 368,766.52 | 234,733.97 | 1,725.00 | 2,236,421.12 |
| DC | 55,524.79 | 118,918.67 | 116,802.02 | 131,598.72 | 125,101.34 | 131,029.52 | 86,931.14 | 1,180.39 | 767,086.59 |
| DE | | | 56,539.22 | 103,615.74 | 74,355.15 | 107,756.30 | 61,111.08 | 270.00 | 403,647.49 |
| FL | 1,080,080.07 | 2,095,013.50 | 2,293,344.39 | 2,305,977.82 | 2,283,542.50 | 2,546,907.53 | 1,909,112.99 | 13,861.46 | 14,527,840.26 |
| GA | 473,118.89 | 959,635.46 | 1,116,807.04 | 1,032,179.29 | 1,016,975.73 | 1,467,861.67 | 763,102.78 | 4,058.60 | 6,833,739.46 |
| HI | 101,495.03 | 167,792.93 | 220,448.30 | 233,205.57 | 178,953.55 | 236,950.84 | 166,629.57 | 3,861.00 | 1,309,336.79 |
| IA | 71,523.37 | 86,306.77 | 96,437.94 | 122,083.43 | 127,702.38 | 142,129.15 | 93,573.26 | 1,526.02 | 741,282.32 |
| ID | 35,010.88 | 61,616.67 | 66,243.19 | 65,159.54 | 52,226.03 | 86,252.62 | 47,840.88 | 540.00 | 414,889.81 |
| IL | | | 514,693.88 | 1,036,231.87 | 998,646.75 | 1,028,971.87 | 805,471.60 | 5,597.95 | 4,389,613.92 |
| IN | 151,409.03 | 275,185.81 | 319,200.81 | 313,500.97 | 300,901.47 | 363,929.02 | 295,391.22 | 1,359.00 | 2,020,877.33 |
| KS | 51,748.32 | 151,725.36 | 149,436.19 | 162,329.61 | 172,274.12 | 193,871.96 | 139,344.29 | 1,616.00 | 1,022,345.85 |
| KY | | | | | 102,699.44 | 238,805.37 | 156,257.47 | 1,572.00 | 499,334.28 |
| LA | 202,259.46 | 361,378.66 | 383,407.94 | 360,156.05 | 379,329.12 | 408,212.74 | 306,041.12 | 4,091.00 | 2,404,876.09 |
| MA | | | | | 294,065.99 | 643,908.73 | 470,389.65 | 4,001.68 | 1,412,366.05 |
| MD | | | | | 410,109.64 | 917,212.12 | 585,753.73 | 6,258.96 | 1,919,334.45 |
| ME | 18,446.46 | 35,071.34 | 37,713.49 | 58,640.33 | 52,890.61 | 60,822.82 | 61,417.68 | 341.20 | 325,343.93 |
| MI | | | | | 293,802.73 | 658,146.39 | 496,946.80 | 4,624.95 | 1,453,520.87 |
| MN | 122,601.52 | 220,824.88 | 209,370.84 | 238,107.37 | 170,360.41 | 196,868.80 | 175,342.67 | 1,451.00 | 1,334,927.49 |
| MO | 257,029.63 | 773,717.27 | 1,049,969.90 | 2,419,546.64 | 6,223,083.91 | 5,334,203.41 | 941,946.39 | 7,579.95 | 17,007,077.10 |
| MS | 99,448.94 | 170,793.46 | 185,801.66 | 209,075.70 | 222,440.52 | 200,535.42 | 150,023.19 | 2,641.77 | 1,240,760.66 |
| MT | 20,552.23 | 35,615.45 | 68,861.03 | 31,832.49 | 40,440.83 | 36,723.47 | 50,107.71 | 236.00 | 284,369.21 |
| NC | 322,315.78 | 603,583.25 | 599,977.10 | 574,435.82 | 531,140.06 | 735,782.57 | 546,059.19 | 4,506.38 | 3,917,800.15 |
| ND | 11,697.02 | 21,587.69 | 19,085.26 | 16,798.39 | 29,384.67 | 39,725.42 | 39,778.58 | 100.00 | 178,157.03 |
| NE | 43,166.16 | 59,052.67 | 103,982.10 | 79,403.26 | 126,979.04 | 127,952.66 | 48,477.39 | 750.00 | 589,763.28 |
| NH | 29,969.29 | 38,151.68 | 60,585.21 | 66,997.26 | 81,302.09 | 77,563.52 | 52,372.52 | 130.00 | 407,071.57 |
| NJ | | | | | 515,552.67 | 1,096,068.72 | 791,073.10 | 5,743.00 | 2,408,437.49 |
| NM | 49,258.90 | 112,812.16 | 126,405.62 | 117,315.68 | 144,709.59 | 164,806.80 | 89,097.06 | 1,059.00 | 805,464.81 |
| NV | 143,928.01 | 279,987.26 | 391,127.24 | 409,567.01 | 262,211.80 | 301,001.24 | 224,822.15 | 1,983.52 | 2,014,628.23 |
| NY | | | 1,438,058.35 | 2,600,007.59 | 2,655,358.39 | 3,120,533.09 | 2,467,926.78 | 24,703.12 | 12,306,587.32 |
| OH | 276,874.12 | 473,210.33 | 610,909.80 | 494,872.37 | 569,774.78 | 666,635.88 | 493,361.24 | 7,587.45 | 3,593,225.97 |
| OK | 86,060.97 | 145,749.96 | 197,006.84 | 199,410.32 | 176,621.18 | 207,770.71 | 142,564.95 | 1,037.00 | 1,156,221.93 |
| OR | 86,221.68 | 188,737.50 | 184,840.61 | 235,740.86 | 189,642.24 | 262,197.45 | 188,965.53 | 4,814.00 | 1,341,159.87 |
| PA | 306,131.72 | 580,722.52 | 609,155.05 | 628,264.98 | 764,716.27 | 838,003.74 | 620,501.82 | 6,341.50 | 4,353,837.60 |
| PR | | | 106,420.84 | 194,924.98 | 296,723.00 | 395,368.39 | 213,601.64 | 2,555.00 | 1,209,593.85 |
| RI | | | 40,543.19 | 73,562.80 | 65,958.66 | 77,956.50 | 57,609.87 | 100.00 | 315,731.02 |
| SC | 146,344.54 | 351,039.06 | 355,988.32 | 352,065.79 | 320,999.01 | 435,584.62 | 265,649.56 | 962.00 | 2,228,632.90 |
| SD | | | 19,979.86 | 25,816.07 | 42,597.57 | 37,045.57 | 29,685.28 | 299.00 | 155,423.35 |
| TN | 197,875.95 | 333,441.32 | 371,694.64 | 371,952.43 | 400,106.59 | 448,880.01 | 324,724.24 | 1,662.44 | 2,450,337.62 |
| TX | | | | | 1,159,084.17 | 2,582,324.04 | 1,949,518.17 | 12,696.74 | 5,703,623.12 |
| UT | 79,541.79 | 134,520.81 | 160,498.33 | 174,737.00 | 135,779.04 | 208,583.69 | 123,937.03 | | 1,017,597.69 |
| VA | 332,830.50 | 651,820.86 | 677,089.94 | 736,060.63 | 677,421.84 | 754,269.82 | 614,319.42 | 3,960.68 | 4,447,773.69 |
| VI | 17,258.10 | 33,567.13 | 37,138.82 | 37,203.98 | 44,142.65 | 40,126.03 | 33,733.23 | 152.00 | 243,321.94 |
| VT | 12,039.73 | 24,007.91 | 23,226.93 | 30,134.12 | 29,185.59 | 38,364.23 | 35,703.73 | | 192,662.24 |
| WA | | | 259,552.64 | 456,743.27 | 516,526.69 | 556,335.00 | 373,521.03 | 5,669.51 | 2,168,348.14 |
| WI | 100,828.25 | 147,387.69 | 162,826.54 | 189,949.80 | 221,977.58 | 242,090.32 | 158,062.20 | 3,293.95 | 1,226,416.33 |
| WV | 36,505.47 | 61,938.39 | 75,521.10 | 68,590.52 | 99,231.52 | 84,130.20 | 68,316.99 | 353.90 | 494,588.09 |
| WY | 21,123.36 | 48,493.57 | 45,526.95 | 45,905.04 | 54,586.48 | 46,804.74 | 39,766.82 | 313.00 | 302,519.96 |
| Grand Total | 5,687,664.08 | 11,017,285.54 | 15,114,742.12 | 18,757,717.08 | 27,538,722.73 | 34,835,654.46 | 22,076,214.36 | 211,198.77 | 135,239,199.14 |