IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

Date:   June 24, 2013                          Courtroom Deputy: Robert R. Keech

Civil Case No.   09-cv-00938-JLK-KMT           Court Reporter: Mary George

**JAMES P. TENNILLE, individually and            Richard J. Burke
on behalf of all others similarly                Jamie E. Weiss
situated, et al.**,                              Jonathan N. Shub
                                                 Mitchell Baker
    Plaintiffs,

v.

**THE WESTERN UNION COMPANY, et                  Jason A. Yurasek
al.**,                                           Laura Lisa Sandoval
                                                 Thomas M. Barba
    Defendants.               Jess A. Dance

---

## COURTROOM MINUTES

---

**FINAL FAIRNESS HEARING**

**1:40 p.m.**     **Court in Session.**

    Appearances of counsel.  John E. Anding and Theodore J. Westbrook appear on behalf of Objector Sikora Nelson.

    Court's opening remarks.

1:42 p.m.     Argument by Plaintiffs (Mr. Burke).

2:01 p.m.     Argument by Defendants (Mr. Yurasek).

2:06 p.m.     Argument on behalf of Objector Sikora Nelson (Mr. Anding).

2:22 p.m.     Argument by Plaintiffs (Mr. Burke).

    Court makes findings.

**ORDERED:**     The Class is **certified.**

**ORDERED:** Plaintiffs' Motion of Class Counsel for Approval of Attorneys' Fees, Costs and Expenses and for Approval of Incentive Awards [ECF Doc. No. 195], filed April 30, 2013, shall be referred to Magistrate Judge Kathleen M. Tafoya for a Recommendation.

**2:33 p.m.     Court in Recess.**

Hearing concluded.

**Total in-court time:   :53**