UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON and YAMILET RODRIGUEZ**, Individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.**,

    Defendants.

COA#_____

Civil Action No. 09-cv-00938-JLK
*consolidated with*
No. 10-cv-00765-JLK

Hon. John L. Kane

---

John E. Anding (P30356)
Theodore J. Westbrook (P70834)
**DREW, COOPER & ANDING, P.C.**
Attorneys for Plaintiff-Objector Sikora Nelson
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
(616) 454-8300
janding@dca-lawyers.com
twestbrook@dca-lawyers.com

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Objector Sikora Nelson, by and through her counsel, hereby appeals to the United States Court of Appeals for the Tenth Circuit from this Court's Amended Final Judgment and Order of Dismissal (Dkt. No. 256) and Final Judgment and Order of Dismissal (Dkt. No. 253), which granted final approval of the Proposed Class Settlement Agreement and overruled Ms. Nelson's objections to the Settlement, as well as overruling the other objections submitted to the Court.

|                        | Respectfully submitted,                          |
|------------------------|--------------------------------------------------|
| Dated: July 22, 2013   | /s/ Theodore J. Westbrook                        |
|                        | John E. Anding (P30356)                          |
|                        | Theodore J. Westbrook (P70834)                   |
|                        | **DREW, COOPER & ANDING, P.C.**                  |
|                        | Attorneys for Plaintiff-Objector Sikora Nelson   |
|                        | Aldrich Place, Suite 200                         |
|                        | 80 Ottawa Avenue, N.W.                           |
|                        | Grand Rapids, MI 49503                           |
|                        | (616) 454-8300                                   |
|                        | janding@dca-lawyers.com                          |
|                        | twestbrook@dca-lawyers.com                       |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 22, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

|                        |                                                  |
|------------------------|--------------------------------------------------|
| Dated: July 22, 2013   | /s/ Theodore J. Westbrook                        |
|                        | John E. Anding (P30356)                          |
|                        | Theodore J. Westbrook (P70834)                   |
|                        | **DREW, COOPER & ANDING, P.C.**                  |
|                        | Attorney for Class Member Sikora Nelson          |
|                        | Aldrich Place, Suite 200                         |
|                        | 80 Ottawa Avenue, N.W.                           |
|                        | Grand Rapids, MI 49503                           |
|                        | (616) 454-8300                                   |
|                        | janding@dca-lawyers.com                          |
|                        | twestbrook@dca-lawyers.com                       |

I:\JEA_Team\3221-01\PLEADINGS\NOTICE OF APPEAL(120)