UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO


FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 2 5 2013
JEFFREY P. COLWELL
CLERK

Civil Action No. 09-cv-00938-JLK-KMT consolidated with No. 10-cv-00765-JLK-KMT

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON** and **YAMILET RODRIGUEZ**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**THE WESTERN UNION COMPANY** and **WESTERN UNION FINANCIAL SERVICES, INC.**,

    Defendants.

---

### NOTICE OF APPEAL

---

Notice is hereby given that class member, non-named Plaintiff-Objector Paul Dorsey, *pro-se* (see Dkt. No. 211) hereby appeals to the United States Court of Appeals for the Tenth Circuit from this Court's Amended Final Judgment and Order of Dismissal (Dkt. No. 256) entered in this action by the Clerk on June 26, 2013.

Date: July 23, 2013

                                                            Paul Dorsey
                                                            *Pro-Se*
                                                            110 Westminster Drive
                                                            West Hartford, CT 06107
                                                            **p.dorsey@comcast.net**
                                                            (860) 521-0081

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2013, I filed this Notice of Appeal with the Clerk of Court using USPS express mail, fully prepaid. Sent to: Clerk's Office, Alfred A. Arraj United States Courthouse, Room A – 105, 901 19th Street, Denver, CO 80294-3589. Concurrently, a copy of this Notice of Appeal was mailed using 1st class mail, fully prepaid, to counsel for plaintiffs, defendants, objector Sikora Nelson, and the interested party Commonwealth of Massachusetts, per the below list:

Plaintiffs' Counsel


Complex Litigation Group LLC

    Richard Joseph Burke
    Complex Litigation Group LLC - St Louis
    Suite 1340
    1010 Market Street
    St. Louis, MO 63101

    Jamie Elisabeth Saltz Weiss
    Complex Litigation Group LLC – Chicago
    111 West Washington Street #1331
    Chicago, IL 60602-3455

    Jeffrey A. Leon
    Complex Litigation Group LLC – Chicago
    111 West Washington Street #1331
    Chicago, IL 60602-3455


    Burg, Simpson, Eldredge, Hersh & Jardine, PC – Englewood

    Seth Alan Katz
    Burg, Simpson, Eldredge, Hersh & Jardine, PC – Englewood
    40 Inverness Drive East
    Englewood, CO 80112


Seeger Weiss LLP

    Christopher Adam Seeger
    Seeger Weiss LLP – New York
    26th Floor
    77 Water Street

New York, NY 10005

Jonathan N. Shub
Seeger Weiss LLP – Philadelphia
#1380
1515 Market Street
Philadelphia, PA 19102


Carella Byrne Cecchi Olstein Brody & Agnello, P.C.

    James Edward Cecchi
    Carella Byrne Cecchi Olstein Brody & Agnello, P.C.
    Five Becker Farm Road
    Roseland, NJ 07068-1741

    John M. Agnello
    Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
    Five Becker Farm Road
    Roseland, NJ 07068-1739


Calton Legal Services

    Jimmy Spurlock Calton, Jr.
    Calton Legal Services
    332 South Eufaula Avenue
    Eufaula, AL 36027-2308


Mitchell Baker

    Mitch Baker, Attorney at Law
    #400
    1543 Champa Street
    Denver, CO 80202


Defendants' Counsel


Perkins Coie LLP

    Geraldine Mary Alexis
    Perkins Coie LLP – San Francisco

#2400
Four Embarcadero Center
San Francisco, CA 94111-4131

Jason A. Yurasek
Perkins Coie LLP – San Francisco
#2400
Four Embarcadero Center
San Francisco, CA 94111-4131

Perkins Coie LLP – Denver

Leonard H. MacPhee
Perkins Coie LLP – Denver
Suite 1400
1900 16th Street
Denver, CO 80202-8255


Steptoe & Johnson, LLP

Laura Lisa Sandoval
Steptoe & Johnson, LLP – New York
1114 Avenue of the Americas
New York, NY 10003

Thomas Milton Barba
Steptoe & Johnson, LLP – DC
1330 Connecticut Avenue, NW
Washington, DC 20036-1704


Objector Sikora Nelson's Counsel

Drew, Cooper & Anding, P.C.

John E. Anding
Drew, Cooper & Anding, P.C.
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, MI 49503

Theodore J. Westbrook
Drew, Cooper & Anding, P.C.
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.

Grand Rapids, MI 49503

Interested Party's Counsel

Commonwealth of Massachusetts

    Gillian R. Feiner
    Massachusetts Attorney General's Office
    #2019
    One Ashburton Place
    Boston, MA 02108

Per Federal Rules of Appellate Procedure Rule 3(d), the district clerk must serve notice of the filing of a notice of appeal by mailing a copy to each party's counsel of record. So, in accordance with Fed. R. App. P. Rule 3(a)(1), I enclose 18 copies.

July 23, 2013
Date

Paul Dorsey
*Pro-se*
Objector
110 Westminster Drive
West Hartford, CT 06107
p.dorsey@comcast.net
(860) 521-0081