IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

Civil Action No. 09-cv-00938-MSK-KMT


JAMES P. TENNILLE,
ROBERT SMET,
ADELAIDA DELEON, and
YAMILET RODRIGUEZ, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE WESTERN UNION COMPANY, a Delaware Corporation, and
WESTERN UNION FINANCIAL SERVICES, INC.,

      Defendants.

---

# ORDER

---

On June 24, 2013, Senior District Judge John L. Kane referred the attorney fee disputes in this consolidated class action – including the Motion for Attorney Fees [Doc. No. 195] and the Motion to Strike [Doc. No. 208] – to this court for resolution and, if appropriate, for settlement. [Doc. No. 252.]  This court has reviewed the motions and all responsive documents including declarations and exhibits as well as the parties' "Joint Status Report" [Doc. No. 259].  The court is convinced that a settlement conference concerning the narrow topics addressed in the motions is appropriate.

Therefore, a settlement conference is scheduled for a full day beginning at 9:30 a.m. on **September 27, 2013** in Courtroom C-201, Second Floor of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

Counsel shall have parties present who shall have <u>full authority</u> to negotiate all terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement.

**"Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency**.  If the representative attending the settlement conference can only receive authority to increase a pre-determined amount of money by making a telephone call to someone else, <u>the person to whom the phone call is made is the correct participant in the</u> <u>settlement conference</u>.  If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."

No party or party representative shall be permitted to participate in the settlement conference by telephone.  Counsel and the parties should plan to remain at the settlement conference for approximately **seven hours** after it begins, with breaks as appropriate.  You will not be permitted to leave before that time for any reason, unless the matter is fully settled and documents evincing the settlement are signed or unless excused by Magistrate Judge Tafoya. Travel arrangements should be made accordingly.

Please remember that anyone seeking entry into the Byron Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated this 23rd day of August, 2013.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge