IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09-cv-00938-MSK-KMT

JAMES P. TENNILLE,
ROBERT SMET,
ADELAIDA DELEON, and
YAMILET RODRIGUEZ, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE WESTERN UNION COMPANY, a Delaware Corporation, and
WESTERN UNION FINANCIAL SERVICES, INC.,

    Defendants.

## ORDER

This matter is before the court on the June 24, 2013 referral to this court by Senior District Judge John L. Kane of the attorney fee disputes in this consolidated class action, including the Motion for Attorney Fees [Doc. No. 195] and the Motion to Strike [Doc. No. 208]. ( See [Doc. No. 252].)

After conducting a mediation in this matter, this court has determined that it must review the generated attorney time compilations of the Plaintiffs' counsel before a definitive recommendation to the court can be made. Therefore, it is

**ORDERED**

1.  The plaintiffs shall file a Notice of Lodestar Calculation on or before October 7, 2013. This notice may contain summary calculations but must include, at least, each individual's billing rate, justification for the billing rate and a calculation per individual billing of total hours expended on the case to date, together with any categories or other breakdowns the plaintiffs determine would be useful to the court. The notice must also contain an approximation of the plaintiffs' lodestar calculation to carry the case to completion pursuant to the terms of the Settlement Agreement.

2.  The Plaintiff shall produce contemporaneously, for *in camera* review, its detailed billing records supporting the calculations set forth in the Notice of Lodestar Calculation. The detailed billing records may be submitted by delivery of a form of electronic media (DVD, external hard drive or a stick or zip drive) to the chambers of Kathleen M. Tafoya, 1929 Stout Street, Denver, Colorado 80294 or submission may be made electronically to Tafoya_Chambers@cod.uscourts.gov.

Dated this 30th day of September, 2013.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge