**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  September 3, 2014                    Deputy Clerk: Bernique Abiakam
                                           Court Reporter: Kara Spitler

---

Civil Action No.: 09-cv-00938-JLK (consolidated with Civil Action No. 10-cv-00765-JLK)

JAMES P. TENNILLE,
ROBERT SMET,
ADELAIDA DELEON,
and YAMILET RODRIGUEZ,
individually and on behalf of all other similarly
situated,                                  Richard Joseph Burke
                                           Mitchell Baker

                Plaintiffs,

v.

THE WESTERN UNION COMPANY,
and WESTERN UNION FINANCIAL
SERVICES, INC.,                            Jason A. Yurasek
                                           Jess A. Dance

                Defendants.

---

**COURTROOM MINUTES**

---

**Oral Argument Hearing**

**10:07 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Also present, David Fallek client
representative for Defendant; Paul Dorsey, Objector, and Paul Rothstein, representing
N. Albert Bacharach, Jr., Objector.

Preliminary remarks by the Court.

Document No. 354, read by the Court.

Argument heard regarding Doc. No. 195.

*09-cv-00938-JLK*
*Oral Argument*
*September 3, 2014*

10:13 a.m.      Argument by Mr. Burke.

10:49 a.m.      Statement by Mr. Rothstein.

10:50 a.m.      Statement by Mr. Dorsey.

**ORDERED:   Any additional filings must be received on or before September 17, 2014.**

11:01 a.m.      Argument by Mr. Yurasek.  Comments and questions by the Court.

11:24 a.m.      Rebuttal argument by Mr. Burke.

11:29 a.m.      Comments by the court.

**ORDERED:   Plaintiffs' Motion Of Class Counsel For Approval Of Attorneys' Fees, Costs And Expenses And For Approval Of Incentive Awards (Filed 4/30/13; Doc. No. 195) is taken UNDER ADVISEMENT.**

**11:30 a.m.   Court in recess.**
Hearing concluded.
Time in court - 01:23