UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON, and YAMILET RODRIGUEZ,<br>Individually and on Behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC,<br><br>             Defendants. | Civil Action No. 09-cv-00938-JLK, consolidated with No. 10-cv-00765-JLK |

## **NOTICE OF APPEARANCE OF PAUL S. ROTHSTEIN**

To the Court, All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that Attorney Paul S. Rothstein, 626 N.E. 1st Street, Gainesville, Florida, 32601-3416, telephone number (352) 376-7650, facsimile number (352) 374-7133, and email address psr@rothsteinforjustice.com, hereby enters his appearance as counsel of record on behalf of class member/objector N. Albert Bacharach, Jr.

DATED this 7th day of October, 2014.

                                                Respectfully Submitted,

                                                /s/ Paul S. Rothstein_____
Paul S. Rothstein
626 NE 1st Street
Gainesville, FL 32601
Telephone: 352-376-7650
Fax: 352-374-7133
psr@rothsteinforjustice.com
Attorney for Class Member/
Objector N. Albert Bacharach, Jr.

## CERTIFICATE OF SERVICE

      I HEREBY certify that a true and correct copy of this NOTICE OF APPEARANCE OF PAUL S. ROTHSTEIN was electronically filed with the Clerk of Court for the U.S. District Court, District of Colorado, using the electronic filing system of the court. The electronic case filing system will send a notice of electronic filing to all counsel of record in this action, this 7th day of October, 2014.

                                                /s/ Paul S. Rothstein_____
                                                PAUL S. ROTHSTEIN