# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.09-cv-00938-JLK-KMT
(Consolidated with No.10-cv-00765-JLK)

JAMES P. TENNILLE, ROBERT SMET,
ADELAIDA DeLEON and YAMILET
RODRIGUEZ, individually and on behalf
of all others similarly situated,

        Plaintiffs,

v.

THE WESTERN UNION COMPANY and
WESTERN UNION FINANCIAL SERVICES, INC.,

        Defendants.
_____/

### OBJECTOR BACHARACH'S RESPONSE TO BOTH CLASS COUNSEL'S AND DEFENDANTS' LETTERS AND PROPOSED ORDERS CONCERNING CLASS COUNSEL'S PETITION FOR ATTORNEYS' FEES

Objector Bacharach, by counsel, responds to both Class Counsel's and Defendants' letters and proposed orders concerning Class Counsel's petition for attorneys' fees and says:

This Court's "Order   Modifying Magistrate Judge's Recommendation re Attorney Fees" (Doc 363) addressed both the value of the objections to the attorney's fee issue, and the rationale for the Court's decision on attorney fees.   Western Union's proposed order (Doc 366-1) appears far closer to tracking the language that the Court used in rendering its decision.  (Doc 365-1) Class Counsel's 31 page self-serving submission should not be elevated to a higher status.

That said, it is respectfully suggested that this Court add a paragraph number four(4) to the Western Union proposed order regarding the conclusion of law that:

Defendant Western Union does not have Article III standing to object to the attorney's fees award because the defendant has no legal interest in the common fund from which the award is being paid and thus the award is not the invasion of a legally protected interest which is concrete and particularized.  Furthermore, Defendants can demonstrate no actual or imminent injury and cite only a conjectural, hypothetical possibility of injury arising from possible actions by third parties over whom this Court lacks jurisdiction.

Respectfully submitted,

/s/ Paul S Rothstein_____
Paul S. Rothstein
Florida Bar Number: 310123
Attorney for Objector Bacharach
626 NE 1st Street
Gainesville, FL 32601
352-376-7650
PSR@Rothsteinforjustice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record. In addition, I sent a copy of the foregoing document via U.S. Mail, postage prepaid, to Paul Dorsey/Objector at 110 Westminster Drive, West Hartford, CT 06107 and via email to p.dorsey@comcast.net.

 /s/ Paul S Rothstein_____
Paul S. Rothstein