# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# Judge John L. Kane

Civil Action No. 09-cv-00938-JLK consolidated with No. 10-cv-00765-JLK

**JAMES P. TENNILLE**, **ROBERT SMET**, **ADELAIDA DELEON AND YAMILET RODRIGUEZ**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**THE WESTERN UNION COMPANY** and **WESTERN UNION FINANCIAL SERVICES, INC.**,

    Defendants.

## ORDER

Kane, J.

This matter comes before the Court on Plaintiffs' Motion of Class Counsel for Approval of Attorneys' Fees, Costs and Expenses and for Approval of Incentive Awards (Doc. 195). For the reasons set forth in this Court's September 23, 2014 Order Modifying Magistrate Judge's Recommendation re Attorney Fees (Doc. 363), the Motion is GRANTED. The Court found at the Fairness Hearing that approximately $135,239,199.14 will be deposited into the Class Settlement Fund. (Amended Final Judgment and Order of Dismissal ("Amended Final Judgment," Doc. 256) ¶ 13; Declaration of Nicki Orr (Doc. 248) at Ex. 1.) Accordingly, it is HEREBY ORDERED:

    1.    Class Counsel shall be paid $40,571,759.70 out of the Class Settlement Fund pursuant to Paragraph 5.A of the Stipulation and Agreement of Compromise and

Settlement ("Settlement Agreement," Doc. 172-2) and Paragraph 1 of the Amended Final Judgment.

2. Each Class Representative—James Tennille, Robert Smet, Adelaida DeLeon, and Yamilet Rodriguez— shall be paid $7,500.00 out of the Class Settlement Fund pursuant to Paragraphs 4.A and 4.C of the Settlement Agreement and Paragraph 1 of the Amended Final Judgment.

3. The Class Settlement Fund shall be funded, and Class Counsel and Class Representatives shall be paid out of the Class Settlement Fund, in the time and manner set forth in the Settlement Agreement.

DONE AND SIGNED this 15th day of October, 2014.

BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE