# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON, and YAMILET RODRIGUEZ, Individually and on Behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC, <br><br> Defendants. | Civil Action No. 09-cv-00938-JLK, consolidated with No. 10-cv-00765-JLK |

## **NOTICE OF APPEAL**

Class member/objector N. A. Bacharach, Jr. hereby appeals to the United States Court of Appeals for the Tenth Circuit from this Court's: September 23, 2014 Order Modifying Magistrate Judge's Recommendation re Attorney Fees (Document 363); October 15, 2014 Amended Order Modifying Magistrate Judge's Recommendation re Attorney Fees, *nunc pro tunc* to September 23, 2014 (Document 370); MINUTE ORDER GRANTING Motion (Doc. [364] ) for Relief from Order re Attorney Fees (Doc. [363] ). The Motion is treated as a Motion to Clarify and is GRANTED (Doc.369); and the October 15, 2014 Order(Doc. 371) re: (Doc.[195]) Motion for Attorney Fees.

N. A. Bacharach, Jr.
By his attorney,

/s/ Paul S. Rothstein
Paul S. Rothstein
626 NE 1st Street
Gainesville, FL 32601
Telephone: (352) 376-7650
Facsimile: (352) 374-7133
psr@rothsteinforjustice.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on October 15, 2014 and as a result has been served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF. In addition, I sent a copy of the foregoing document via U.S. Mail, postage prepaid, to Paul Dorsey/Objector at 110 Westminster Drive, West Hartford, CT 06107 and via email to p.dorsey@comcast.net.

/s/ Paul S. Rothstein
Paul S. Rothstein
