IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 09-cv-00938-JLK consolidated with No. 10-cv-00765-JLK

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON and YAMILET RODRIGUEZ**, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

**THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.**,

      Defendants.

---

## JOINT STATUS REPORT

By Order issued February 20, 2015, the Court directed the parties to confer and file a joint status report by March 6, 2015 on the status of the underlying settlement, and in particular the concerns raised in the Defendants' Motions to Extend the Settlement Effective Date (Doc. 327) and to Seek Permission of States' Agreement to Language of the Release (Doc. 328). Pursuant to the Court's Order, Class Counsel and Defendants Western Union Company ("TWUC") and Western Union Financial Services ("WUFSI") (collectively "Western Union") respectfully submit this Joint Status Report.

    1. On June 24, 2013, this Court held a Fairness Hearing in this case and approved the settlement by Order dated June 25, 2013, *nunc pro tunc* (Doc. 253) ("Final Approval Order"). Two Objectors appealed the June 25, 2013 Order to the Tenth Circuit: Sikora Nelson, Appellate Case No. 13-1310; and Paul Dorsey, Appellate Case No. 13-1317. Briefing closed on those appeals in December 2013. Oral argument in the Nelson appeals took place on March 18,

2014. The Dorsey appeals were submitted on the briefs that same day. Both of these appeals remain pending.

2. Both Nelson and Dorsey also appealed this Court's Order imposing an appeal bond in the amount of $1,000,294 (Doc. 272): Sikora Nelson, Appellate Case No. 13-1378; and Paul Dorsey, Appellate Case No. 13-1456. On December 22, 2014, the Tenth Circuit affirmed the District Court's decision to impose an appeal bond, but reduced the amount to $5,000 for each appellant (Doc. 383). On December 23, 2014, Nelson posted the required bond (Doc. 385). On December 31, 2014, Dorsey posted the required bond (Doc. 386).

3. On March 19, 2014, Western Union moved this Court to extend the Settlement Effective Date and Defendants' settlement withdrawal deadline pursuant to the provision of the Stipulation and Agreement of Compromise and Settlement ("Settlement Agreement") authorizing the District Court to extend any time limits for performance of any act by or under the Settlement Agreement for good cause (Doc. 327). On March 21, 2014, Mr. Dorsey filed an emergency motion with the Tenth Circuit in Appellate Case No. 13-1317 to "order [Defendants] to withdraw [their] motion in the District Court, and/or stay proceedings in the District Court pending further review by this Court." On March 31, 2014, the Tenth Circuit denied Dorsey's motion.

4. On March 28, 2014, Plaintiffs filed their Opposition to Defendants' Motion to Extend the Settlement Effective Date (Doc. 331) and settlement withdrawal deadline on numerous grounds, including that the requested extension was a fundamental modification of the Settlement Agreement and the District Court lacked jurisdiction to modify its Final Approval Order while appeal was pending with the Tenth Circuit. On April 14, 2014, the Defendants filed

their reply (Doc. 333). The motion to extend the Settlement Effective Date remains pending before this Court.

5. On March 19, 2014, Defendants also moved the District Court for permission to seek the states' agreement to the language of the release contemplated by the Settlement Agreement and Final Approval Order in its Motion for Leave to Seek Permission of States' Agreement to the Language of the Release (Doc. 328). On March 28, 2014, Plaintiffs filed their response, stating that Plaintiffs have no objection to a properly-worded release in conformity with the settlement agreement. On April 14, 2014, Defendants filed their reply.

6. Since there has not been a final judgment affirming the Final Approval Order, there has not been a Settlement Effective Date, as defined in the Settlement Agreement (Doc. 172-2).

7. On October 15, 2014 this Court entered an Order awarding Class Counsel attorneys' fees (Doc. 371). Defendants filed their Notice of Appeal from this Order on October 20, 2014 to the Tenth Circuit, Appellate Case No. 14-1432. That case remains pending.

8. There have been no other substantive changes in the circumstances since the filing of the Plaintiffs' and Defendants' respective pleadings, Doc. 327, 328, 331 and 333, referenced above. The parties stand ready to proceed when the Court is able to rule on the pending motions and are available to further discuss the status of the case as the Court may request.

Respectfully submitted this 6th day of March, 2015.

                STEPTOE & JOHNSON LLP

                By    s/ Thomas M. Barba
                      Thomas M. Barba
                      1330 Connecticut Avenue NW
                      Washington, D.C. 20036

THE JY FIRM

By    s/ Jason A. Yurasek
    Jason A. Yurasek
    6 Boston Ship PLZ
    San Francisco, CA  94111

*Attorneys for Defendants*

QUANTUM LEGAL LLC

By    s/ Richard J. Burke
    Richard J. Burke
    1010 Market St., Suite 1340
    St. Louis, MO  63101

BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.

By    s/ Seth A. Katz
    Seth A. Katz
    40 Inverness Drive East
    Englewood, CO  80112

SEEGER WEISS LLP

By    s/ Christopher A. Seeger
    Christopher A. Seeger
    77 Water St., 26th Floor
    New York, NY  10005

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Seth A. Katz | skatz@burgsimpson.com |
| Christopher A. Seeger | cseeger@seegerweiss.com |
| Daniel E. McKenzie | dan@themckenziefirm.com |
| Eric D. Freed | eric@qulegal.com |
| James E. Cecchi | jcecchi@carellabyrne.com |
| Jamie Elisabeth Saltz Weiss | Jamie@qulegal.com |
| Jeffrey A. Leon | Jeff@qulegal.com |
| Jimmy S. Calton, Jr. | caltonlegal@gmail.com |
| John M. Agnello | jagnello@carellabyrne.com |
| Jonathan N. Shub | jshub@seegerweiss.com |
| Mitchell Baker | mitchbaker@estreet.com |
| Richard J. Burke | Richard@qulegal.com |
| Geraldine M. Alexis | galexis@perkinscoie.com |
| Jason A. Yurasek | Jason@thejyfirm.com |
| Jess A. Dance | jdance@perkinscoie.com |
| L. Lisa Sandoval | lsandoval@steptoe.com |
| Leonard H. MacPhee | lmacphee@perkinscoie.com |
| Thomas M. Marba | tbarba@steptoe.com |
| Theodore J. Westbrook | twestbrook@dca-lawyers.com |
| N. Albert Bacharach, Jr. | n.a.bacharach@att.net |
| Pauth S. Rothstein | psr@rothsteinforjustice.com |
| Gillian R. Feiner | Gillian.feiner@state.ma.us |

In addition, I have sent a copy of the foregoing document via U.S. Mail to Paul Dorsey at 110 Westminster Drive, West Hartford, CT 06107.

s/ Thomas. M. Barba