**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**April 9, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

JAMES P. TENNILLE, individually and on behalf of all others similarly situated, et al.,

    Plaintiffs - Appellees,

v.

THE WESTERN UNION COMPANY, a Delaware corporation, et al.,

    Defendants - Appellants.

No. 11-1531

---

**ORDER**

---

This matter is before the court on the joint status report filed by the parties on April 9, 2015. The parties have asked that the court continue the abatement pending the conclusion of the related proceedings.

Upon consideration, the abatement of this appeal will continue. The parties shall file a status report on or before June 8, 2015, to advise the court of the status of the settlement proceedings and appeals. The parties should file the report with this court and provide a secondary copy to Circuit Mediation. Any relevant orders or other helpful materials should be attached to this status report.

Additionally, if any significant events out the ordinary occur before June 8, 2015, the parties should file a status report with this court within five days of the event(s)

occurring. The parties should provide a courtesy copy of any such status report to Circuit Mediation and also attach a copy of any relevant orders or other helpful materials.

The parties will receive additional instruction from the court after the occurrence of one of these events.

>Entered for the Court
>
>*Elisabeth A. Shumaker*
>
>ELISABETH A. SHUMAKER, Clerk