**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Judge John L. Kane**

Civil Action No. 09-cv-00938-JLK, consolidated with No. 10-cv-00765-JLK

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON, and YAMILET RODRIGUEZ**, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

**THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.,**

      Defendants.

---

**ORDER**

---

Before the Court is Plaintiffs' Unopposed Motion for Clarification of the Record (Doc. 418). Defendants have represented that they take no position on the matter.

Based upon the record before the Court, in particular the Declaration of the Claims Administrator, David Garcia of Eqip Class Action and Claims Solutions, Inc., the Court hereby finds that Named Plaintiffs Robert Smet and Yamilet Rodriquez both have unclaimed money transfers that remain unclaimed and in the possession of the Defendants as indicated below. Plaintiff Smet has the following unclaimed money transfers:

| MTCN | Recording Date | Amount (Less Fees) |
|---|---|---|
| 9002702179 | 2/27/2009 | $21.50 |
| 2630249637 | 3/26/2010 | $3.00 |
| 5346469421 | 3/26/2010 | $3.00 |
| 2630249637 | 1/7/2004 | $20.00 |
| 5346469421 | 4/1/2004 | $20.00 |
| 8706908312 | 8/26/2006 | $45.00 |
| 4799783254 | 12/19/2006 | $20.00 |

Plaintiff Rodriguez has the following unredeemed money transfer:

| MTCN | Recording Date | Amount (Less Fees) |
|---|---|---|
| 2564357641 | 1/3/2013 | $124.00 |

Plaintiffs' Motion for Clarification of the Record is hereby GRANTED.

**SO ORDERED**

**Dated:  December 11, 2015**

_____
**JOHN KANE**
**Senior U.S. District Court Judge**