IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

**Civil Action No. 09-cv-00938-JLK**

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON AND YAMILET RODRIGUEZ, individual and on behalf of all others similarly situated,**

   Plaintiffs,

v.

**THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.,**

   Defendants.

---

ORDER

---

This matter is currently before me on the defendants' Motion to Withdraw Appearance of Geraldine M. Alexis (Doc. 426). Having reviewed that motion, the motion is GRANTED.

IT IS ORDRED that Geraldine M. Alexis is withdrawn as counsel of record for the defendants. The defendants will continue to be represented by Jason A. Yurasek of The JY Firm, Thomas M. Barba and Lisa Sandoval of Steptoe & Johnson LLP, and Jess A. Dance and Leonard H. MacPhee of Perkins Coie LLP.

IT IS FURTHER ORDERED that the electronic mail notification to Geraldine M. Alexis is terminated in this case.

Dated:  December 15, 2015        BY THE COURT:


                                 /s/ John L. Kane
                                 John L. Kane
                                 Senior U.S. District Court Judge