**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 09-cv-00938-JLK, consolidated with No. 10-cv-00765-JLK

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON, and YAMILET RODRIGUEZ**, individually and on behalf of all others similarly situated,

       Plaintiffs,

v.

**THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.,**

       Defendants.

_____

**CLASS COUNSEL'S MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(a) FOR CORRECTION OF THE COURT'S OCTOBER 15, 2014 ORDER (DOC. 371) REGARDING THE AMOUNT TO BE DEPOSITED INTO THE CLASS SETTLEMENT FUND, AND TO BE PAID AS ATTORNEYS' FEES**
_____

Class Counsel hereby moves, pursuant to Federal Rule of Civil Procedure 60 (a), for correction of the Court's Order dated October 15, 2014 (D.E. 371), which, *inter alia*, declares the amount to be paid into the Class Settlement Fund and the amount of Class Counsels' attorneys' fees to be paid therefrom. Rule 60(a) provides that a party may file a motion seeking corrections to orders based on

"oversights and omissions". The relief sought is permitted by FRCP 60(a). In support hereof Class Counsel states as follows:

1. On October 15, 2014 this Court entered its Amended Order Modifying Magistrate Judge's Recommendations re Attorneys Fees ("Fee Opinion")(Doc. 370) granting Class Counsels' Motion for Attorneys Fees (Doc. 195, p. 5) and awarding attorneys fees in the amount of 30% of the funds to be deposited into the Class Settlement fund: "I therefore GRANT Class Counsel's Motion for Attorneys fees and ORDER an award of fees equal to 30% of the [Class Settlement Fund]".

2. Also on October 15, 2014 the Court entered its Order (Doc. 371, pp. 1-2) ("Fee Order) stating:

> "The Court found at the Fairness Hearing that approximately $135,239,199.14 will be deposited into the class Settlement Fund…[and] 1. Class Counsel shall be paid $40,571,759.70 out of the Class Settlement Fund pursuant to Paragraph 5.A of the Stipulation and Agreement of Compromise and Settlement ("Settlement Agreement," Doc. 172-2) and Paragraph 1 of the Amended Final Judgment."

3. However, now that the Settlement Effective Date (January 12, 2016) has occurred, the Class Settlement Fund will need to be funded in the correct amount. The Settlement Agreement (Doc. 172-2, ¶ 3.F.1.d) provides that "Not later than 30 days after the Settlement Effective Date…Western Union shall provide the Administrator…(d) the amount of unclaimed funds, less administrative fees and

charges as specified in their contracts and/or state statutes that Western Union is holding for those putative Class members whose funds have not yet escheated, as provided by Subsection 2.C." On January 14, 2016 Western Union represented to both Class Counsel and the Claims Administrator that the amount of unclaimed funds it is holding for as and for the Class Settlement Fund is $145,446,968.77.

4.      This matter is no longer subject to appeal as the circuit court issued it mandate to this Court on June 22, 2015 (Doc. 402 and 403).

5.      The exact amount of funds to be deposited into the Class Settlement Fund could not be accurately determined until the Settlement Effective Date (January 12, 2016) expired as Section 3.F.1.d contemplates.

6.      Because the Court ordered an award of fees equal to 30% of the Class Settlement Fund and the value of the Class Settlement Fund is actually now $145,446,968.77, Class Counsel respectfully requests that the October 15th Fee Order be corrected to reflect that the amount to be deposited into the Class Settlement Fund is $145,446,968.77 and the amount to be paid Class Counsel is $43,634,090.63 (30% * $145,446,968.77).

## CONCLUSION

WHEREFORE, Class Counsel respectfully requests that the Court correct its prior Order dated October 15, 2014 (Doc. 371) to reflect that the correct amount to be deposited into the Class Settlement Fund is $145,446,968.77, and the correct

amount to be paid from the Class Settlement Fund to Class Counsel as and for their attorneys' fees is $43,634,090.63.

Dated: January 20, 2016          Respectfully submitted,

By:    /s/ *Richard J. Burke*      
Richard J. Burke
**QUANTUM LEGAL LLC**
1010 Market Street, Suite 1310
St. Louis, Missouri 63101

Jeffrey A. Leon
Jamie E. Weiss
Grant Y. Lee
**QUANTUM LEGAL LLC**
513 Central Avenue, Suite 300
Highland Park, IL 60035
(847) 433-4500

*Lead Class Counsel*

Jonathan Shub
**KOHN SWIFT & GRAF, P.C.**
One South Broad Street,
Suite 2100
Philadelphia, PA 19102

Stephen A. Weiss
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005

Seth A. Katz
**BURG SIMPSON ELDREDGE HERSH & JARDINE P.C.**
40 Inverness Drive East
Englewood, Colorado 80112

Jim S. Calton, Jr.
**CALTON LEGAL SERVICES, SP**
322 South Eufaula Avenue
Eufaula, AL  36027

James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ  07068

Mitchell Baker
1543 Champa Street, Suite 400
Denver, CO  80202

*Class Counsel for Class Representative Plaintiffs and Settlement Class*

## **CERTIFICATE OF COMPLIANCE**

  I hereby certify that on January 15, 19 and 20, 2016, I conferred with counsel for Defendants pursuant to D.C. Colo.L.Civ.R. 7.1(a).  Counsel for Western Union has indicated that it is seeking instructions from its client.

                _____s/*Richard J. Burke*_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

___s/*Richard J. Burke*_____