**UNITED STATES DISTRICT
COURT DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action No. 09-cv-00938-JLK, consolidated with No. 10-cv-00765-JLK

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDA DELEON, and YAMILET RODRIGUEZ**, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

**THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.,**

        Defendants.

---

### ORDER

---

Class Counsel shall file a sur-response addressing any of the issues raised in Objector Dorsey's Reply. Class Counsel shall file the sur-response on or before Friday, January 29, 2016.

        SO ORDERED:

        */s/ John L. Kane*
        JOHN L. KANE
        SENIOR U.S. DISTRICT COURT JUDGE

Dated: January 26th, 2016