UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 09-cv-00938-JLK, consolidated with No. 10-cv-00765-JLK

**JAMES P. TENNILLE, ROBERT SMET, ADELAIDE DELEON, and YAMILET RODRIGUEZ**, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

**THE WESTERN UNION COMPANY and WESTERN UNION FINANCIAL SERVICES, INC.,**

      Defendants.

___

**ORDER**

___

Before the Court is Lead Class Counsels' Motion to Approve Payment of Claims Administrator's Invoices (Doc. 454).

Pursuant to Sections 3.B of the Stipulation and Agreement of Compromise and Settlement ("Settlement Agreement") the Administrator's costs remaining after payment from the Initial Settlement Fund shall be paid from the Class Settlement Fund after the Settlement Effective Date.

The Settlement Effective Date is January 12, 2016 and the Administrator's costs currently unpaid are $1,513,157.10.

The Claims Administrator has submitted its invoices to date to Class Counsel and Defendants as provided in Section 3.C of the Settlement Agreement. The parties have no dispute with respect to these invoices.

THEREFORE Lead Class Counsels' motion to Approve Invoices of the Claims Administrator is GRANTED.

Dated this 13th day of April, 2016.

BY THE COURT:

John L. Kane
Senior U.S. District Court Judge